---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Steven** <br> First Name <br><br> **Jeffrey** <br> Middle Name <br><br> **Cyr** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Steve** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Cyr** <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __1_ _5_ _2_ _4_ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and doing business as names | ☐ I have not used any business names or EINs. <br><br> **Orthopaedic & Spine Institute, LLC** <br> Business name <br><br> **OSI Medical Management, LLC** <br> Business name <br><br> **Osteocorpus Non-Profit Foundation, LLC** <br> Business name | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> _____ <br> Business name |

Debtor 1    **Steven Jeffrey Cyr**          Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **US Toxicology, LLC** | |
| Business name | Business name |
| **Lone Star Lien Solutions, LLC** | |
| Business name | Business name |
| **Trident Toxicology, LLC** | |
| Business name | Business name |
| **Spine & Orthopaedic Institute, LLC** | |
| Business name | Business name |
| **Neurosteon Spine, LLC** | |
| Business name | Business name |
| **Steven J. Cyr, M.D., P.A.** | |
| Business name | Business name |
| **OsteoCorps, LLC** | |
| Business name | Business name |
| **ASAP Ortho** | |
| Business name | Business name |
| **Texas Spine & Orthopaedic Institute** | |
| Business name | Business name |
| **Water's Edge at Sunrise Beach Village H(** | |
| Business name | Business name |

___ ___ – ___ ___ ___ ___ ___ ___      ___ ___ – ___ ___ ___ ___ ___ ___
EIN                            EIN

___ ___ – ___ ___ ___ ___ ___ ___      ___ ___ – ___ ___ ___ ___ ___ ___
EIN                            EIN

**5. Where you live**                                      **If Debtor 2 lives at a different address:**

| **15 Esquire** | |
|---|---|
| Number   Street | Number   Street |
| | |
| | |
| **San Antonio**     **TX**     **78257** | |
| City        State    ZIP Code | City        State    ZIP Code |
| **Bexar** | |
| County | County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| Number   Street | Number   Street |
|---|---|
| P.O. Box | P.O. Box |
| City        State    ZIP Code | City        State    ZIP Code |

Debtor 1     **Steven Jeffrey Cyr**           Case number (if known) _____

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**6.**   **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.**   **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.**   **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
|  |  |  | MM / DD / YYYY |  |  |
| District | _____ | When | _____ | Case number | _____ |
|  |  |  | MM / DD / YYYY |  |  |
| District | _____ | When | _____ | Case number | _____ |
|  |  |  | MM / DD / YYYY |  |  |

**10.**   **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ |  | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor | _____ |  | Relationship to you | _____ |
| District | _____ | When | _____ MM / DD / YYYY | Case number, if known _____ |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

**11.  Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No.  Go to line 12.

    ☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

---

**Part 3:  Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.

☑ Yes.  Name and location of business

**Steven J. Cyr, M.D., P.A.** _____
Name of business, if any

**15 Esquire** _____
Number    Street

_____

**San Antonio** _____    **TX**    **78257** _____
City                                                State      ZIP Code

*Check the appropriate box to describe your business:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.*  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☑ No

☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property? _____

Number     Street

_____

City     State     ZIP Code

Debtor 1    **Steven Jeffrey Cyr**          Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Steven Jeffrey Cyr**                                      Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☑ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7.  Go to line 18.

☑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Steven Jeffrey Cyr** _____          X _____
   Steven Jeffrey Cyr, Debtor 1                                        Signature of Debtor 2

Executed on **01/20/2018** _____                          Executed on _____
      MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1 **Steven Jeffrey Cyr**                                    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Ronald J. Johnson** _____     Date **01/20/2018**
Signature of Attorney for Debtor                               MM / DD / YYYY

**Ronald J. Johnson** _____
Printed name

**The Law Office of Ronald J. Johnson** _____
Firm Name

**111 Soledad, Ste 1350** _____
Number        Street

_____

_____

**San Antonio** _____     **TX**          **78205** _____
City                                  State        ZIP Code

Contact phone   **(210) 472-0500** _____     Email address **ronjohnson@rjjohnsonlaw.com**

**10787500** _____     **TX** _____
Bar number                                State

**Fill in this information to identify your case and this filing:**

Debtor 1    **Steven**        **Jeffrey**        **Cyr**
            First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No.  Go to Part 2.
   ☑ Yes.  Where is the property?

1.1.

**15 Esquire**
Street address, if available, or other description

**San Antonio**        **TX**    **78258**
City                   State    ZIP Code

**Bexar**
County

**Debtor's Homestead
Legal Description:
NCB 16386 (THE CHATEAUX AT THE
DOMINION PUD), BLOCK 29 LOT 39**

**(BBVA Compass)**

**Title is held in the Qualified Exempt
Steven & LeAnn Cyr Revocable Living
Trust**

What is the property?
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **16386-029-0390**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?              Current value of the portion you own?
**$2,035,380.00**                                 **$2,035,380.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple subject to mor**

☑ **Check if this is community property**
(see instructions)

Debtor 1     **Steven Jeffrey Cyr** _____          Case number (if known) _____

---

**1.2.**

**8 Villers St Paul**
_____
Street address, if available, or other description

_____

**San Antonio          TX    78257**
City                        State    ZIP Code

**Bexar**
_____
County

**8 Villers St Paul, San Antonio, TX 78257**

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **16386-029-0480**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Conventional Real Estate**

- ☐ **Check if this is community property**
  (see instructions)

**Legal Description:**
**NCB 16386 (THE CHATEAUX AT THE DOMINION PUD), BLOCK 29 LOT 48**

**BBVA Compass Bank is  mortgage lien holder secured by warranty deed of the real property to Bergerud Heritage Trust "BHT".  BHT is a spend thrift trust created by Debtor spouse's parents and is a beneficiary of the trust. Debtor has neither title or equity interest in property. Debtor is a co-signer on note only.**

**Debtor is guarantor of mortgage lien to BBVA Compass**

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................................ ➔

| **$2,035,380.00** |
|---|

---

**Part 2:**   **Describe Your Vehicles**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1.**

Make:          **Bentley**

Model:         **Continental GT**

Year:          **2013**

Approximate mileage:  _____

Other information:
**2013 Bentley Continental GT**

**(Firstmark FCU)**

**Debtor has no equity interest - signatory on lease**
**Debtor surrendered to lienholder 1/18/2018**

**Who has an interest in the property?**
Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property**
  (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

---

Debtor 1    **Steven Jeffrey Cyr**             Case number (if known) _____

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes Benz** | Check one. | |
| Model: | **G 550** | ☐ Debtor 1 only | |
| Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$0.00**         **$0.00** |

Other information:
**2016 Mercedes Benz G550**

**(Firstmark FCU)**

☐ **Check if this is community property**
(see instructions)

**Debtor has no equity interest - signatory on lease**

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Cadillac** | Check one. | |
| Model: | **Escalade ESV** | ☐ Debtor 1 only | |
| Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$0.00**         **$0.00** |

Other information:
**2015 Cadillac Escalade ESV**

☐ **Check if this is community property**
(see instructions)

**(GM Financial)**

**Debtor has no equity interest - signatory on lease**

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes Benz** | Check one. | |
| Model: | **2500 Sprinter** | ☐ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$0.00**         **$0.00** |

Other information:
**2013 Mercedes Benz  2500 Sprinter Van**

☐ **Check if this is community property**
(see instructions)

**(Firstmark FCU)**

**Debtor has no equity interest - signatory on lease**

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Cadillac** | Check one. | |
| Model: | **Escalade ESV** | ☐ Debtor 1 only | |
| Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?**     **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$0.00**         **$0.00** |

Other information:
**2016 Cadillac Escalade ESV**

☐ **Check if this is community property**
(see instructions)

**(Firstmark FCU)**

**Debtor has no equity interest - signatory on lease**

Debtor 1     **Steven Jeffrey Cyr**             Case number (if known) _____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

| 4.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Yamaha** | ☐ Debtor 1 only | |
| Model: | **Wave Runner** | ☐ Debtor 2 only | |
| Year: | **2012** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☒ At least one of the debtors and another | **$10,000.00**       **$10,000.00** |

Other information:
**Two 2012 Yamaha Wave Runners with Trailer**

☒ **Check if this is community property** (see instructions)

**Both jet skis need extensive repair due to a water sport related accident.**

| 4.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **EZ Go** | ☐ Debtor 1 only | |
| Model: | **Custom** | ☐ Debtor 2 only | |
| Year: | **2009** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | | ☒ At least one of the debtors and another | **$1,125.00**       **$1,125.00** |

Other information:
**EZ Go custom 3 bench golf cart**

☒ **Check if this is community property** (see instructions)

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................➔    **$11,125.00**

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe..... **Household goods and furnishings as fully described in the attached Exhibit "A"**      **$42,685.00**

   **Holiday decorations for Christmas & Halloween**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes. Describe..... **Media Theatre Room**
   **Screen**
   **Projector**
   **Electronics**
   **Televsions**
   **Apple Computer**      **$5,350.00**

   **As described on the home inventory attached as Exhibit "A"**

---

Debtor 1    **Steven Jeffrey Cyr**          Case number (if known) _____

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... **Replica figurines**       **$9,300.00**
   **Dallas Cowboys memorabilia**
   **Spurs memorabilia**

   **As described on the home inventory attached as Exhibit "A"**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... **Piano**       **$3,200.00**
   **Exercise equiptment**
   **Outdooor moveable basketball hoop w basketballs**
   **Assorted fresh water rod and reels**
   **2 Adult bikes**
   **2 Children bikes**
   **2 Strollers**
   **Outdoor swing and slide playground set**

   **As described on the home inventory attached as Exhibit "A"**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**       **$1,125.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **Debtor's clothing**       **$2,000.00**
    **Suits and sports coats**
    **Slacks and jeans**
    **Shirts**
    **Boots, shoes and belts**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... **Breitling 1884 Chronograph Watch - Red numerals**       **$14,550.00**
    **Breitling 1884 Chronograph Watch - Oyster face**
    **Chanel J12 Watch - Diamond hour markers**
    **Chanel J12 Watch - Red/white numerals**
    **Citizen Eco Drive Watch**
    **Wedding band, White gold**
    **Wedding band, Platinum**

    **As described on the home inventory attached as Exhibit "A"**

---

Debtor 1    **Steven Jeffrey Cyr**                                    Case number (if known) _____

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☐ No
   ☑ Yes. Describe..... **Alaskan Malamute - neutered male.**                              **$100.00**
                          **Very friendly family member**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific
      information............                                                              _____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have
     attached for Part 3. Write the number here.................................................................➜  **$78,310.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.......................................................................................................... Cash: .........................     **$0.00**

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................          Institution name:

   17.1.   Checking account:    **BBVA Compass Checking account no. xxxx9055**                  **$210.20**

   17.2.   Checking account:    **Bank of America Checking account no. xxxxx7665**

                               **Account dormant pending fraud investigation / identity theft in
                               August 2016**                                                   **$0.00**

   17.3.   Checking account:    **Bank of America Checking account no. xxxx9879**

                               **Business account for Orthopaedic & Spine Institute, LLC**

                               **Subject to lien by Broadway bank UCC filing 15-0000111433**

                               **Debtor is signatory**                                         **$21,079.96**

   17.4.   Checking account:    **Bank of America Checking account no. xxxx5573**

                               **Business account for Orthopaedic & Spine Institute, LLC -
                               Payroll account**

                               **Subject to lien by Broadway bank UCC filing 15-0000111433**

                               **Debtor is signatory**                                         **$1,048.06**

   17.5.   Savings account:     **Bank of America Checking account no. xxxxx6419**

                               **Account dormant pending fraud investigation / identity theft in
                               August 2017**                                                   **$0.00**

Debtor 1    **Steven Jeffrey Cyr** _____     Case number (if known) _____

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Orthopaedic & Spine Institute, LLC** | **100%** | **$0.00** |
| **OSI Medical Management, LLC** | **100%** | **$0.00** |
| **Osteocorpus Non-Profit Foundation, LLC** | **100%** | **$0.00** |
| **Steven J. Cyr, M.D., P.A.** | **100%** | **$0.00** |
| **OsteoCorps, LLC** **Assumed name, non operating LLC** | **100%** | **$0.00** |
| **ASAP Ortho** **Assumed name, non operating LLC** | **100%** | **$0.00** |
| **Water's Edge at Sunrise Beach Village HOA** **Debtor is an elected director** | **0%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.......................... Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.    Type of account:    Institution name:

                    401(k) or similar plan:  **401(k) - Orthopaedic & Spine Institute, LLC**       $216,170.82

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................ Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

Debtor 1     **Steven Jeffrey Cyr** _____     Case number (if known) _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes.  Give specific     **See continuation page(s).**                                   **$0.00**
information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
_Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific                                                           _____
information about them

27. **Licenses, franchises, and other general intangibles**
_Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific     **Steven Cyr - Medical license, non-transferable**                **$0.00**
information about them

**Money or property owed to you?**                                     **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information                    Federal: _____
about them, including whether
you already filed the returns                        State: _____
and the tax years......................              Local: _____

29. **Family support**
_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information                    Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

30. **Other amounts someone owes you**
_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information                                               _____

31. **Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **VGLI Life Insurance** | **LeAnn Cyr** | **$0.00** |
| **Lincoln Benefit Life** | **Irrevocable I.L.I.T.** | **$0.00** |
| **USAA** | **Irrevocable I.L.I.T.** | **$0.00** |

Debtor 1    **Steven Jeffrey Cyr**                                          Case number (if known) _____

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                  _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                  _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here**................................................................➔ | **$238,509.04** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe..  **See continuation page(s).**                                                    _$171,000.00_

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☐ No
☑ Yes. Describe..  **See continuation page(s).**                                                    _$0.00_

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..  **See continuation page(s).**                                                    _$0.00_

41. **Inventory**

☑ No
☐ Yes. Describe..                                                                                   _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                               % of ownership:

Debtor 1   **Steven Jeffrey Cyr** _____     Case number (if known) _____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☑ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      ☑ No
      ☐ Yes.  Describe....**Orthopaedic & Spine Institute, LLC**          _____ **$0.00**

          **Patient list as protected by HIPPA**

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................➔ | **$171,000.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....          _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information...............  _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....          _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....          _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............  _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................➔ | **$0.00**

Debtor 1  **Steven Jeffrey Cyr**  _____  Case number (if known)  _____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    _Examples:_ Season tickets, country club membership

    ☐ No
    ☑ Yes. Give specific information.

    **Dominion Country Club Social Membership**
    **Month to month membership with minimum spending of $175.00**  _____ | **$0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................. ➔ | **$0.00**

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2.................................................................................... ➔ | **$2,035,380.00**

56. Part 2: Total vehicles, line 5 | **$11,125.00**

57. Part 3: Total personal and household items, line 15 | **$78,310.00**

58. Part 4: Total financial assets, line 36 | **$238,509.04**

59. Part 5: Total business-related property, line 45 | **$171,000.00**

60. Part 6: Total farm- and fishing-related property, line 52 | **$0.00**

61. Part 7: Total other property not listed, line 54 | + **$0.00**

62. **Total personal property.**   Add lines 56 through 61.................. | **$498,944.04** | Copy personal property total ➔ + | **$498,944.04**

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................. | **$2,534,324.04**

Debtor 1    **Steven Jeffrey Cyr** _____     Case number (if known) _____

10.  Firearms (details):

    **Beretta 9MM Handgun**                                     **$250.00**

    **Taurus Judge 45 caliber revolver and Saiga 12 gauge shotgun with 100 rounds ammo**    **$875.00**

25.  Trusts, equitable or future interests in property (details):

    **Bergerud Heritage Trust**     **$0.00**

    **Created by spouse's parents in 2009 as a spend thrift trust. Debtor is signatory on BBVA Compass mortgage for real property included in trust.**

    **Debtor was removed pursuant to the terms of trust by Trust Advisor August 1, 2017.**

    **The Steven & Leann Cyr Living Trust**     **$0.00**
    **Qualified Exempt Trust**

    **Debtor resigned January 1, 2018**

    **ILIT - Life Insurance Trust**     **$0.00**

38.  Accounts receivable or commissions you already earned (details):

    **Orthopaedic & Spine Institute, LLC**     **$0.00**

    **Accounts receivable**
    **Bank Accounts at Bank of America - Acct no. xxxx5573 and xxxxx9879**

    **Subject to lien by Broadway bank UCC filing 15-0000111433**

    **Unpaid monies for services rendered on behalf of Orthopaedic & Spine Institute, LLC**     **$171,000.00**

    **April - Novemeber 2017**

39.  Office equipment, furnishings, and supplies (details):

    **Orthopaedic & Spine Institute, LLC**     **$0.00**

    **Office equiptment and furnishing as described LLC's form 1065 - Federal Asset Report -**

    **Subject to lien by Broadway bank UCC filing 15-0000111433**

    **Office copiers and printers**     **Unknown**

    **(TCF Equipment Finance)**

40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):

    **Orthopaedic & Spine Institute, LLC**     **$0.00**

    **Exercise and fitness equipment as described and listed in attached exhibit "B"**

    **Subject to lien by Region bank UCC filing 13-0028872596**

    **Subject to lien by Community Nat'l bank UCC filing 14-0004088499**

    **Subject to lien by FirstMark FCU UCC filing 15-0028177595**

    **1 Viztek Compact Straight Arm Dr System**     **$0.00**
    **1 Standard Mocing Table**
    **1 Additional Study Volum for Opal PACS**

    **(TransWorld Leasing Corp.)**

Debtor 1   **Steven Jeffrey Cyr**                                          Case number (if known)

**U-Arm Package**                                                                          **$0.00**

**(TransWorld Leasing Corp.)**

EXHIBIT "A"

# APPRAISAL OF PERSONAL PROPERTY
# OF DR. STEVEN J. CYR
Located within his personal residence at
15 Esquire
San Antonio, Texas 78257

## PREPARED BY

LILLIAN PUTMAN, APPRAISER
December 18, 2017

PURPOSE OF APPRAISAL REPORT

The purpose of this report is to determine an estimation of the liquidation value for the personal property assets of Dr. Stephen J. Cyr located within his residence located at 15 Esquire, San Antonio, Texas, 78257 on August 22, 2017.

INDENTIFICATION OF CLIENT

This report is made for the sole use of the Appraiser's client, Mr. Ronald J. Johnson, Attorney at Law.

INTENDED USERS

The intended user is the client, Mr. Ronald J. Johnson, Attorney at Law.

INTENDED USE

This report is intended to be used by Mr. Ronald J. Johnson, Attorney at Law to determine an approximate value of the personal property assets owned by Dr. Steven Cyr and located within his personal residence, 15 Esquire, San Antonio, Texas, 78257.

SCOPE OF WORK

The Appraiser met with Mr. Ron Johnson, Client, and Mrs. Le Ann Cyr at the residence on August 22, 2017 to conduct an inspection of the personal property of Dr. Steven J. Cyr. The Appraiser inspected and took photographs of the property to be appraised. The Appraiser assumes that all items of significant value were openly visible to be seen and that no property of significance, which would alter the value conclusion to be misleading, was located within cabinets, closets, drawers, or attic apace or otherwise not available to be inspected by the Appraiser.

The Appraiser sought information regarding comparables at local consignment furniture establishments, on the internet at the sites of AICO/Michael Amini Collection, Craigslist San Antonio, EBay, GunBroker.com, the publication *Watch Journal*, and other contemporary publications which include designer jewelry and home furnishing publications.

DEFINITION OF LIQUIDATION VALUE

Liquidation value is the forced or voluntary cash realization of property disposed. A liquidation price is a forced price obtained without reasonable market exposure to find a purchaser. Liquidation value is the most probably price which an asset is likely to bring under all of the following conditions.

1. Consummation of a sale will occur within a severely limited future marketing period specified by the client.
2. The buyer is acting prudently, knowledgeably, and in what they consider their best interest
3. The seller is under extreme compulsion to sel.
4. Payment is made in cash, U.S. dollars
5. No sales concessions are granted to anyone associated with the sale.

LIQUIDITATION METHODS

Property could be liquidated via an Estate Sale. This method utilizes the services of an Estate Sale company. Sales typically run 2-3 days. Most Estate Sale companies charge a percentage of 25-35% on property sold. Holding and estate sale within the Dominion is prohibited and would require property to be moved to an appropriate location. Unsold items may be turned over to an auction company for a quick sale or donated to charity.

Another option for liquidation, which may generate proceeds in a faster manner and insure all items are sold for cash, is to employ an auction company.

MARKET CONDITIONS

Comparable include both sold items and items currently offered for sale.

Market conditions for used furniture are not favorable at this time. Price reductions are apparent in consignment stores. Decorating styles and trends change making furniture 8 to 10 years in age less desirable. A slower new home construction rate also influences demand.

The market for used handguns is steady. The inability to ascertain the ownership history of a weapon can have a negative impact on its resale value. Conversely, original purchase receipts, applicable paperwork and original boxes can influence value in a positive manner.

The market for previously owned high end jewelry is good. The overall U.S. economy is producing wealth with record setting stock market values.

DESCRIPTION OF PROPERTY

The home furnishings are elegant and in excellent condition. They were selected at the time the property was newly built in 2007. Darker woods predominate in the furniture. The popularity of the furniture designer is apparent with their various decorator showrooms and a significant on-line catalogue.

The wristwatches are popular high end styles and are in excellent condition. A global market exists for both watch brands. Having original sales receipts, paperwork and presentation boxes can increase their resale value.

The handguns are common choices for individuals with concealed weapon licenses. They are designed for personal protection and would not be considered a sporting weapon.

Decorative items are numerous and are given a summary value within each area.


ITEMS NOT CONSIDERED IN THIS APPRAISAL REPORT:

1.  The contents of children's rooms and items located in other areas of the home which are intended for their sole use and benefit.

2.  Personal property of Mrs. Le Ann Cyr.

3.  Items permanently affixed to the property such as built in appliances, built in cabinetry, overhead lighting fixtures, and window coverings.

EXCEPTIONS:

Two exceptions include a) sports memorabilia and collectible action figures located son's bedroom and b) built in items in the media/theatre room.


CONCLUSION

It is the opinion of the Appraiser that the estimated liquidation value of the personal property of Steven J. Cyr, located within his personal residence, as of August 22, 2017 is Seventy Four Thousand Six Hundred Eighty Five Dollars. ($74,685.00)

| DINING AREA | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| CLASS TOP DINING TABLE | | | 400 | | | |
| 2 CHAIRS | | | 450 | | | |
| BENCH | | | 200 | | | |
| LOVESEAT | | | 400 | | | |
| CARPET | | | 225 | | | |
| DECORATOR ITEMS | | | 300 | | | |
| | | | 1975 | 1975 | | |
| | | | | | | |
| | | | | | | |
| HALLWAY | | | | | | |
| | | | | | | |
| SOFA TABLE | | | 350 | | | |
| 2 CHAIRS | | | 150 | | | |
| 2 CHANDELIER LAMPS | | | 450 | | | |
| DECORATOR ITEMS | | | 1800 | | | |
| | WALL CLOCK | | | | | |
| | FLORAL | | | | | |
| | LAMPS | | | | | |
| | FRAMES | | | | | |
| | BUST | | | | | |
| | | | 2750 | 2750 | | |
| | | | | | | |
| VISITATION AREA | | | | | | |
| | | | | | | |
| ROUND GRANITE TABLE | | | 400 | | | |
| 4 LEATHER CHAIRS | | | 1200 | | | |
| BAR ITEMS | | | 500 | | | |
| DECORATOR ITEMS | | | 500 | | | |
| | | | 2600 | 2600 | | |
| | | | | | | |
| TOTAL | | | | 7325 | | |

| FAMILY ROOM WITH FIREPLACE | | | | | | |
|---|---|---|---|---|---|---|
| | | | LIQUIDATION VALUE | | | |
| | | | | | | |
| CARPET | | | 450 | | | |
| CLUB CHAIR | | | 75 | | | |
| OTTOMAN | | | 45 | | | |
| SOFA TABLE | | | 250 | | | |
| SIDE TABLE | | | 50 | | | |
| COFFEE TABLE | | | 300 | | | |
| SOFA | | | 900 | | | |
| TELEVISION | | | 250 | | | |
| CHEST | | | 40 | | | |
| WINGBACK CHAIR | | | 120 | | | |
| END TABLES | | | 300 | | | |
| 3 DRAWER CHEST | | | 400 | | | |
| FIREPLACE TOOLS/SCREEN | | | 400 | | | |
| MIRROR | | | 100 | | | |
| DECORATOR PIECES | | | 1500 | | | |
| | FLORAL | | | | | |
| | CANDLES | | | | | |
| | FRAMES | | | | | |
| | WALL CLOCKS | | | | | |
| | PLANTERS | | | | | |
| | TABLE | | | | | |
| | CHEST | | | | | |
| | | | | | | |
| TOTAL | | | 5180 | | | |

| HOME OFFICE AND UPSTAIRS | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| ARMOIRE W/3DRAWERS | | | | 900 | | |
| ARMOIRE W/OPEN AREA | | | | 900 | | |
| DESK | | | | 375 | | |
| LEATHER OFFICE CHAIR | | | | 130 | | |
| 2 ARM CHAIRS | | | | 250 | | |
| RUG | | | | 350 | | |
| DECORATOR ITEMS | | | | 1500 | | |
| | SCULPTURE | | | | | |
| | CANDLES | | | | | |
| | BOOKS | | | | | |
| | FP SCREEN | | | | | |
| | DEER MOUNT | | | | | |
| | MIRROR | | | | | |
| | LAMP | | | | | |
| | PLANT STANDS | | | | | |
| OFFICE NOOK | | | | | | |
| | APPLE DESKTOP | | | 100 | | |
| | PRINTER | | | 50 | | |
| | FAX | | | 40 | | |
| | CHAIR | | | 60 | | |
| | DECORATOR ITEMS | | | 75 | | |
| FRAMES | | | | 400 | | |
| PIANO | | | | 1500 | | |
| PATIO | | | | 500 | | |
| POPCORN MAKER | | | | 40 | | |
| DECORATOR ITEMS | | | | 600 | | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | | 7770 | | |

| KITCHEN AREA | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 4 LEATHER BAR STOOLS | | | 1200 | | |
| DINING TABLE AND CHAIRS | | | 1400 | | |
| HANGING COPPER COOKWARE | | | 500 | | |
| TABLEWARE | | | 1000 | | |
| DECORATOR ITEMS | | | 700 | | |
| | POTTERY | | | | |
| | FLORAL | | | | |
| | FRAMES | | | | |
| | LAMPS | | | | |
| | SPHERE | | | | |
| | | | 4800 | 4800 | |
| PANTRY | | | | | |
| | COOKWARE | | 250 | | |
| | SMALL APPLIANCES | | 200 | | |
| | | | 450 | 450 | |
| UTILITY ROOM | | | | | |
| | WASHER DRYER SET | | 600 | | |
| | REFRIGERATOR | | 500 | | |
| | VARIOUS ITEMS | | 100 | | |
| | | | | | |
| | | | 1650 | 1650 | |
| | | | | | |
| TOTAL | | | | 6900 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LIVING AREA | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| FRINGED SOFA | | | | 1500 | | |
| 2 LOUNGING CHAIRS | | | | 800 | | |
| 6 SIDED COFFEE TABLE | | | | 300 | | |
| CABINET | | | | 100 | | |
| RUG | | | | 400 | | |
| BOOKCASES | | | | 700 | | |
| CHANDELIER LAMP TABLE | | | | 175 | | |
| DECORATOR ITEMS | | | | 1500 | | |
| | FRAMES | | | | | |
| | FLORAL | | | | | |
| | BOOKS | | | | | |
| | CANDLES | | | | | |
| | PILLOWS | | | | | |
| | MIRROR | | | | | |
| | | | | | | |
| TOTAL | | | | 5475 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MASTER BEDROOM | | | | | | |
| | | | | | | |
| BEDROOM5 PC BEDROOM SET | | | | 5000 | | |
| FOOT BED SOFA | | | | 250 | | |
| JEWELRY CHEST | | | | 60 | | |
| CHAISE LOUNGE | | | | 450 | | |
| END TABLE | | | | 25 | | |
| RUG | | | | 350 | | |
| FOYER CHAIRS | | | | 200 | | |
| GLASS TOP TABLE | | | | 100 | | |
| DECORATOR ITEMS | | | | 1000 | | |
| | FRAMES | | | | | |
| | LAMPS | | | | | |
| | CLOCK | | | | | |
| | LINENS | | | | | |
| | PILLOWS | | | | | |
| | FLORAL | | | | | |
| MENS CLOSET | | | | 2000 | | |
| BATH AREA DÉCOR | | | | 900 | | |
| | TABLE | | | | | |
| | MIRRORS | | | | | |
| | FLORAL ART | | | | | |
| | FRAMES | | | | | |
| | LAMPS | | | | | |
| | | | | | | |
| TOTAL | | | | 10335 | | |

| PATIO AREAS | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| BAR AND 3 STOOLS | | | 700 | | |
| LOVESEAT | | | 50 | | |
| TABLE | | | 50 | | |
| FIREPLACE SCREEN | | | 25 | | |
| OTTOMANS | | | 80 | | |
| LOUNGE CHAIRS/TABLE | | | 100 | | |
| 2 CHAIRS W/OTTOMANS | | | 125 | | |
| 2 GRANITE TOP TABLES | | | 120 | | |
| SIDE TABLE | | | 50 | | |
| SM TABLE CHAIRS | | | 75 | | |
| DECORATOR ITEMS | | | 850 | | |
| | WALL HANGINGS | | | | |
| | LAMPS | | | | |
| | CANDLES | | | | |
| | FLORAL | | | | |
| | POTTERY | | | | |
| | RUG | | | | |
| | METAL SCULPTURE | | | | |
| | | | | | |
| TOTAL | | | 2225 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PROPERTY EXCEPTIONS | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| LIFE SIZE ACTION FIGURES THE AVENGERS | | | | 6300 | | |
| | THOR | | | | | |
| | CAPT AMERICA | | | | | |
| | SPIDERMAN | | | | | |
| | THE HULK | | | | | |
| | IRON MAN | | | | | |
| | WOLVERINE | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| DALLAS COWBOY HELMETS AND | | | | 3000 | | |
| SPURS BALLS AND JERSEYS | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| MEDIA THEATRE ROOM | | | | 5000 | | |
| | SEATING | | | | | |
| | SCREEN | | | | | |
| | PROJECTOR | | | | | |
| | ELECTRONICS | | | | | |
| | | | | | | |
| TOTAL | | | | 14300 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| WRISTWATCHES | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| BREITLING 1884 CHRONOGRAPH | | | | 4000 | |
| | DIAMOND BEZEL | | | | |
| | DATE | | | | |
| | RED NUMERAL | | | | |
| | | | | | |
| BREITLING 1884 CHRONOGRAPH | | | | 4000 | |
| | DIAMOND BEZEL | | | | |
| | DATE | | | | |
| | OYSTER FACE | | | | |
| | | | | | |
| CHANEL J12 | | | | 3500 | |
| | BLACK FACE | | | | |
| | HIGH POLISH BAND | | | | |
| | DIAMOND HOUR MARKS | | | | |
| | | | | | |
| CHANEL J12 | | | | 3000 | |
| | BLACK FACE | | | | |
| | MATTE BAND | | | | |
| | RED WHITE NUMERALS | | | | |
| | GMT AUTOMATIC | | | | |
| | | | | | |
| CITIZEN ECO DRIVE | | | | 50 | |
| | BLANK FACE | | | | |
| | DATE | | | | |
| | | | | | |
| BERETTA 9MM PISTOL | | | | 250 | |
| | | | | | |
| TAURUS JUDGE .45 COLT REVOLVER | | | | 375 | |
| | | | | | |
| TOTAL | | | | 15175 | |

| SUMMARY OF ESTIMATE OF LIQUIDATION VALUE OF PERSONAL PROPERTY | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| FAMILY ROOM WITH FIREPLACE | | | | 5180 | | |
| LIVING AREA | | | | 5475 | | |
| KITCHEN AREA | | | | 6900 | | |
| DINING/HALLWAY/VISITATION AREA | | | | 7325 | | |
| MASTER BEDROOM AND BATH | | | | 10335 | | |
| WRISTWATCHES AND FIREARMS | | | | 15175 | | |
| HOME OFFICE AND UPSTAIRS | | | | 7770 | | |
| PATIO AREAS | | | | 2225 | | |
| EXCEPTION ITEMS | | | | 14300 | | |
| | | | | | | |
| TOTAL | | | | 74685 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

EXHIBIT "B"

**14-0017787661**

**06/04/2014 04:51 PM**

**FILED**

TEXAS
SECRETARY OF STATE

SOS

547733800002

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
PEGGY C. CASH  210.696.8900

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071
Order  43570500

RECEIVED
JUN - 4 2014
CLK 8ᴬ

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☑ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ORTHOPAEDIC & SPINE INSTITUTE LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 21 SPURS LANE STE. 245 | SAN ANTONIO | TX | 78240 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CENTENNIAL BANK | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1689 RIVER ROAD | BOERNE | TX | 78006 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

(1) VIZTEK COMPACT STRAIGHT ARM DR SYSTEM
(1) STANDARD MOVING TABLE
(1) ADDITIONAL STUDY VOLUM FOR OPAL PACS/RIS
SERIAL# VV0710C283109

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Community National Bank 830-426-3066 |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| Community National Bank<br>P O Box 130<br>Hondo, TX 78861-0130<br>USA |

**FILING NUMBER:** 14-0004088499
**FILING DATE:** 02/07/2014    10:17 AM
**DOCUMENT NUMBER:** 528388750002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | **Orthopaedic & Spine Institute LLC** | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **21 Spurs Lane Suite 245** | **San Antonio** | **TX** | **78240** | **USA** |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- | --- |
| OR | **Community National Bank** | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| **P O Box 130** | **Hondo** | **TX** | **78861** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
ALL FITNESS EQUIPMENT NOW OWNED BY ORTHOPAEDIC & SPINE INSTITUTE LLC

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**14-0028177595**

**09/03/2014 02:06 PM**

**FILED**
TEXAS SECRETARY OF STATE

SOS

566215640002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
PEGGY C. CASH 210.696.8900

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071
Order 44740592

RECEIVED
SEP 3 2014
CLK 81

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☑ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ORTHOPAEDIC & SPINE INSTITUTE, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 15 ESQUIRE | SAN ANTONIO | TX | 78257 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIRSTMARK CREDIT UNION | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P. O. BOX 701650 | SAN ANTONIO | TX | 78270 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

SEE SCHEDULE "A" PAGES 1-4

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

| ITEM # | DESCRIPTION | SERIAL # |
|---|---|---|
| (2) AMT 835-OS | PRECOR 835 AMT- ADAPTIVE MOTION TRAINER WITH OPEN STRIDE P30 CONSOLE | |
| (1) 95TIS | 10 SI 95TI ARC TREAD LV DOM WIFI- SILVER TREAD BASE/ 10IN. LCD CONSOLE WITH WIRELESS LINE | INT300518 / AST110531 |
| (1) BWCDL | LEG RAISE- LEG RAISE FRM. IBLU | |
| (1) FWAC | FRM IBLU | |
| (1) FWBAR | HAMMER BARBELL RACK- FRM.IBLU | |
| (2) FWDR2 | HAMMER DUMBBELL RACK- DOUBLE TIER- FRM.IBLU | |
| (1) FWFB | FLAT BENCH FRM.IBLU/ UPH BLK | |
| (2) FWMAB | HRM ADJUSTABLE BENCH (PRO STYLE) FRM.IBLU/UPH BLK | FWMAB0314135 / FWMAB0314134 |
| (1) FWUB75 | -FRM.IBLU/ UPH.BLK | |
| (1) HSSM | HAMMER STRENGTH SMITH- SMITH FRM.IBLU/ LANG.ENG | HSSM0314062 |
| (1)HSTV | HS TRAINING VEST SSL 44-46 | HSTV121208004817 |
| (1) CMDAP | CABLE MOTION DUAL ADJUSTABLE PULLEY | CMDAP0314084 |
| (1) MJ-CORE | MJ CORE TOWER- FRAME. IBLU/LANG.ENG | MJCORE0314080 |
| (1) MJAP | MJ ADJUSTABLE PULLEY FRAME. IBLU/GLB/LANG.ENG | MJAP0314074 |
| (1) MJLP | MJLP STATION- FRAME | MJLP0314060 |
| (3) | PEAK PILATES  FIT REFORMER | |
| (1) MJRW | MJ ROW FRAME.IBLU/ UPH.BLK/GRAY-LB/LANG.ENG | MJRW0314044 |
| (1) MJTP | MJ TRICEPT PUSHDOWN-FRAME  IBLU/GLB/LANG.ENG | MJTP0314042 |
| (1) SPLBC | SIGNATURE PLATE LOADED BICEPS CURL FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLBC0314004 |
| (1) SPLCALF | SIGNATURE PLATE LOADED CALF RAISE FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLCALF0314017 |
| (1) SPLDCP | SIGNATURE PLATE LOADED INCLINE PRESS- FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLDCP0314004 |

BY _____ LESSOR

TRANSWORLD LEASING CORP.

ORTHOPAEDIC & SPINE INSTITUTE LLC    LESSEE

BY _____

BY _____

BY _____

| ITEM # | DESCRIPTION | SERIAL # |
|---|---|---|
| (1) SPLDIP | SIGNATURE PLATE LOADED SEATED DIP-FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLD1P0314002 |
| (1) SPLIP | SIGNATURE PLATE LOADED INCLINED PRESS-FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLIP0314005 |
| (1) SPLKLC | SIGNATURE PLATE LOADED KNEELING LEG CURL-FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/WGT.HORN | SPLKLC0314004 |
| (1) SPLLE | SIGNATURE PLATE LOADED LEG EXTENSION -FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLLE0314003 |
| (1) SPLLLP | SIGNATURE PLATE LOADED LINEAR LEG PRESS -FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLLLP0314020 |
| (1) SPLROW | SIGNATURE PLATE LOADED ROW -FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/KNOB.GRAY | SPLROW0314005 |
| (1) SPLSP | SIGNATURE PLATE LOADED SHOULDER PRESS-FRM.IBLU/UPH.BLK/WORKARM.IBLU/GLB/LANG.ENG/WGT.HORN/KN | SPLSP0314003 |
| (1) FZFRD | SIGNATURE PECTORAL FLY/ REAR DELTOID. -LANG.ENG/GLB | |
| (1) FZLC | SIGNATURE SERIES LEG CURL- LANG.ENG/ WGT STK.G-LB | FZLC0314011 |
| (1) FZLE | SIGNATURE SERIES LEG EXTENSION-FRM.IBLU/UPJ.BLK/LANG.ENG/GLB | FZLE0314048 |
| (1) FZLR | SIGNATURE SERIES LATERAL RAISE-FRM.IBLU/UPJ.BLK/LANG.ENG/GLB | FZLR0314007 |
| (1) PRFMBTR | PERFORM BETTER BOSU PRO BALANCE TRAINER | |
| (1) BALL | HAMMER STRENGTH STABILITY BALL | |
| (2) LF-MAT | LIFE FITNESS- FITNESS MAT BLACK | |
| (1) TOLELR | LIFE FITNESS-FOAM ROLLER 6x36 | |
| (1) TOZC-1/2 | OLYMPIC EZ ON SPRING COLLAR | |
| (2) TSD-110R | 12 SIDED TROY RUBBER ENCASED 110LB DUMBBELLS | |
| (2) TSD-120R | 12 SIDED TROY RUBBER ENCASED 120LB DUMBBELLS | |
| (1) TZB-020-110R | RUBBER 12 SIDED EZ CURL BARBELLS 20-110 SET | |
| (4) GO-002R | RUBBER ENCASED GRIP O-PLT 2.5 LBS | |
| (10) GO-005R | RUBBER ENCASED GRIP O-PLT 5 LBS | |

BY _____ LESSOR

TRANSWORLD LEASING CORP.

ORTHOPAEDIC & SPINE INSTITUTE LLC    LESSEE

BY _____

BY _____

BY _____

| ITEM # | DESCRIPTION | SERIAL # |
|---|---|---|
| (10) GO-010R | RUBBER ENCASED GRIP O-PLT 10 LBS | |
| (10) GO-025R | RUBBER ENCASED GRIP O-PLT 25 LBS | |
| (10) GO-035R | RUBBER ENCASED GRIP O-PLT 35 LBS | |
| (20) GO-045R | RUBBER ENCASED GRIP O-PLT 45 LBS | |
| (I) AOB-1200B | OLYMPIC 7' 1 1/4" DIA. 1200LB | |
| (I) TOZ-47B | OLY 47" E-Z CUR BAR . BLK | |
| (I) TSD-005-050R | TSD-R DBLS 1PR EA 5-50 LBS | |
| (I) TSD-055-100R | TSD-R DBLS 1PR EA 55-100 LBS | |
| (I) ALAS | LEATHER ANKLE STRAP | |
| (I) GTVB | TRICEPT PRESS DOWN V-BAR | |
| (I) TCB-28S | 28" MULTI-PUR CURL BAR | |

BY _Peggy A. Pauk_ LESSOR
TRANSWORLD LEASING CORP.

ORTHOPAEDIC & SPINE INSTITUTE LLC      LESSEE

BY _____

BY _____

BY _____

| ITEM # | DESCRIPTION | SERIAL # |
|---|---|---|
| 1 | 5352072-08 OEC 9900 ELITE DIGITAL MOBILE STANDARD C ARM WITH BASIC VASCULAR PLATFORM W/ 8FPS DIGITAL DIST AND 12" | E2-3047 |
|  | 1.1 C-ARM FOR USE IN VASCULAR AND ENDOVASCULAR PROCEDURES, DIGITAL IMAGE PROCESSING AND WORKSTATION |  |
| 1 | 5304673 SONY UP970-AD THERMAL PRINTER W/ REMOVABLE CROSS |  |
| 1 | 5339332-15 12" 1.1 LASER ALMER LOCALIZER W/ REMOVABLE CROSS HAIRS & SUPPLEMENT |  |
| xXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

BY _____ LESSOR

TRANSWORLD LEASING CORP.

ORTHOPAEDIC & SPINE INSTITUTE LLC    LESSEE

BY _____

BY _____

BY _____

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | __Steven__           __Jeffrey__           __Cyr__ | |
| | First Name           Middle Name           Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name           Middle Name           Last Name | |
| United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__ | | |
| Case number | | |
| (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:  Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: | $2,035,380.00 | ☑ $255,818.81 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| **Debtor's Homestead** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Legal Description:** | | | |
| **NCB 16386 (THE CHATEAUX AT THE DOMINION PUD), BLOCK 29 LOT 39** | | | |
| **(BBVA Compass)** | | | |
| **Title is held in the Qualified Exempt Steven & LeAnn Cyr Revocable Living Trust** | | | |
| **Parcel: 16386-029-0390** | | | |
| **(1st exemption claimed for this asset)** | | | |
| Line from *Schedule A/B*:   __1.1__ | | | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Debtor 1  **Steven Jeffrey Cyr**                          Case number (if known)

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Debtor's Homestead** **Legal Description:** **NCB 16386 (THE CHATEAUX AT THE DOMINION PUD), BLOCK 29 LOT 39** **(BBVA Compass)** **Title is held in the Qualified Exempt Steven & LeAnn Cyr Revocable Living Trust Parcel: 16386-029-0390 (2nd exemption claimed for this asset)** Line from *Schedule A/B*: **1.1** | **$2,035,380.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 41.0021** |
| Brief description: **Household goods and furnishings as fully described in the attached Exhibit "A"** **Holiday decorations for Christmas & Halloween** Line from *Schedule A/B*: **6** | **$42,685.00** | ☑ **$42,685.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Media Theatre Room** **Screen** **Projector** **Electronics** **Televsions** **Apple Computer** **As described on the home inventory attached as Exhibit "A"** Line from *Schedule A/B*: **7** | **$5,350.00** | ☑ **$5,350.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Replica figurines** **Dallas Cowboys memorabilia** **Spurs memorabilia** **As described on the home inventory attached as Exhibit "A"** Line from *Schedule A/B*: **8** | **$9,300.00** | ☑ **$9,300.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 __Steven Jeffrey Cyr_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Piano**<br>**Exercise equiptment**<br>**Outdooor moveable basketball hoop w basketballs**<br>**Assorted fresh water rod and reels**<br>**2 Adult bikes**<br>**2 Children bikes**<br>**2 Strollers**<br>**Outdoor swing and slide playground set**<br><br>**As described on the home inventory attached as Exhibit "A"**<br>Line from *Schedule A/B*: __9__ | $3,200.00 | ☑ $3,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Taurus Judge 45 caliber revolver and Saiga 12 gauge shotgun with 100 rounds ammo**<br>Line from *Schedule A/B*: __10__ | $875.00 | ☑ $875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>**Debtor's clothing**<br>**Suits and sports coats**<br>**Slacks and jeans**<br>**Shirts**<br>**Boots, shoes and belts**<br>Line from *Schedule A/B*: __11__ | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Breitling 1884 Chronograph Watch - Red numerals**<br>**Breitling 1884 Chronograph Watch - Oyster face**<br>**Chanel J12 Watch - Diamond hour markers**<br>**Chanel J12 Watch - Red/white numerals**<br>**Citizen Eco Drive Watch**<br>**Wedding band, White gold**<br>**Wedding band, Platinum**<br><br>**As described on the home inventory attached as Exhibit "A"**<br>Line from *Schedule A/B*: __12__ | $14,550.00 | ☑ $14,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

| Debtor 1 | **Steven Jeffrey Cyr** | | Case number (if known) | |

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Alaskan Malamute - neutered male. Very friendly family member**<br>Line from *Schedule A/B*:  **13** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**401(k) - Orthopaedic & Spine Institute, LLC**<br>Line from *Schedule A/B*:  **21** | $216,170.82 | ☑ $216,170.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| Brief description:<br>**ILIT - Life Insurance Trust**<br>Line from *Schedule A/B*:  **25** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**VGLI Life Insurance**<br>Line from *Schedule A/B*:  **31** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Lincoln Benefit Life**<br>Line from *Schedule A/B*:  **31** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**USAA**<br>Line from *Schedule A/B*:  **31** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Orthopaedic & Spine Institute, LLC**<br><br>**Office equiptment and furnishing as described LLC's form 1065 - Federal Asset Report -**<br><br>**Subject to lien by Broadway bank UCC filing 15-0000111433**<br>Line from *Schedule A/B*:  **39** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1 __**Steven Jeffrey Cyr**_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Orthopaedic & Spine Institute, LLC** **Exercise and fitness equipment as described and listed in attached exhibit "B"** **Subject to lien by Region bank UCC filing 13-0028872596** **Subject to lien by Community Nat'l bank UCC filing 14-0004088499** **Subject to lien by FirstMark FCU UCC filing 15-0028177595** Line from *Schedule A/B*: __**40**__ | __$0.00__ | ☑ __$0.00__ ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Jeffrey** | **Cyr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Albert Uresti, Bexar County Tax Appr**
Creditor's name
**233 N. Pecos La Trinidad**
Number    Street

_____

_____

**San Antonio    TX    78207**
City              State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates
   to a community debt**

Date debt was incurred    **2017**

**Describe the property that
secures the claim:**

**Debtor's Homestead**

| $54,213.19 | $2,035,380.00 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Property Taxes**

Last 4 digits of account number    **0    3    9    0**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $54,213.19 |
|---|

Debtor 1 __Steven Jeffrey Cyr_____    Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Broadway National Bank**
Creditor's name
**1177 Ne Loop 410**
Number    Street

Describe the property that secures the claim:

**Business Assets**

Column A: $1,315,641.00   Column B: $22,128.02   Column C: $1,293,512.98

**San Antonio    TX    78209**
City    State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred __09/2013__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number   **9  8  0  1**

**2.3**

**Compass Bank**
Creditor's name
**15 20th St S Fl 9**
Number    Street

Describe the property that secures the claim:

**Debtor's Homestead**

Column A: $1,725,348.00   Column B: $2,035,380.00

**Birmingham    AL    35233**
City    State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred __10/2012__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number   **1  5  2  0**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$3,040,989.00**

Debtor 1 __Steven Jeffrey Cyr__

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.4**

**Compass Bank**
Creditor's name
**15 20th St S Fl 9**
Number    Street

**Birmingham      AL   35233**
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    **2/19/2015**

Describe the property that secures the claim:

**8 Villers St Paul, San Antonio, TX 78257**

Amount of claim: **$2,054,048.06**   Value of collateral: **$0.00**   Unsecured portion: **$2,054,048.06**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Fee Simple**

Last 4 digits of account number    **1  1  7  6**

---

**2.5**

**Firstmark Credit Union**
Creditor's name
**2023 Gold Canyon Dr**
Number    Street

**San Antonio      TX   78232**
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **06/2014**

Describe the property that secures the claim:

**2013 Bentley Continental GT**

Amount of claim: **$105,722.00**   Value of collateral: **$0.00**   Unsecured portion: **$105,722.00**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Lease**

Last 4 digits of account number    **0  0  0  6**

**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on June 24,2014.**

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$2,159,770.06**

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

| 2.6 | | Describe the property that secures the claim: | $101,173.00 | $0.00 | $101,173.00 |
|---|---|---|---|---|---|

**Firstmark Credit Union**
Creditor's name
**2023 Gold Canyon Dr**
Number     Street

**2016 Mercedes Benz 2500 Sprinter**

_____

_____

**San Antonio     TX    78232**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 09/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Lease**

**Last 4 digits of account number**    0  0  0  9

**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 1,2016.**

| 2.7 | | Describe the property that secures the claim: | $82,095.00 | $0.00 | $82,095.00 |
|---|---|---|---|---|---|

**Firstmark Credit Union**
Creditor's name
**2023 Gold Canyon Dr**
Number     Street

**2016 Cadillac Escalade ESV**

_____

_____

**San Antonio     TX    78232**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 09/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) **Lease**

**Last 4 digits of account number**    0  0  0  8

**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 26,2016.**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**    | $183,268.00 |

Debtor 1  **Steven Jeffrey Cyr**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

Describe the property that secures the claim:

**Firstmark Credit Union** | | $7,403.00 | $0.00 | $7,403.00
Creditor's name
**2023 Gold Canyon Dr** — **2013 Mercedes Benz  2500 Sprinter Van**
Number    Street

_____

**San Antonio         TX    78232**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Lease**

Date debt was incurred  **06/2017**   Last 4 digits of account number   **0   1   0   0**

**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on October 1,2017.**

**2.9**

Describe the property that secures the claim:

**Gm Financial** | | $60,291.00 | $0.00 | $60,291.00
Creditor's name
**Po Box 1181145** — **2015 Cadillac Escalade ESV**
Number    Street

_____

**Arlington           TX    76096**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Lease**

Date debt was incurred  **03/2015**   Last 4 digits of account number   **8   1   3   0**

**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 1,2016.**

Add the dollar value of your entries in Column A on this page.  Write that number here:    **$67,694.00**

Debtor 1   **Steven Jeffrey Cyr**

Case number (if known) _____

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**Part 1:**  **Additional Page**
After listing any entries on this page, number them sequentially from the previous page.

### 2.10

**TFC Equipment Lease**
Creditor's name
**11100 Wayzata Blvd**
Number     Street

_____

**Minnetonka      MN   55305**
City          State   ZIP Code

**Describe the property that secures the claim:**

**Office copiers and printers**

| | | |
|---|---|---|
| $82,966.52 | $0.00 | $82,966.52 |

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**

**Office copiers and printers lease**
**Business debt of Orthopaedic & Spine Institute, LLC**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Contract/Lease**

**Last 4 digits of account number     0   2   3   5**

### 2.11

**TransWorld Leasing Corp.**
Creditor's name
**21403 IH 10 West**
Number     Street

_____

**San Antonio       TX   78257**
City          State   ZIP Code

**Describe the property that secures the claim:**

**1 Viztek Compact Straight Arm Dr System**

| | | |
|---|---|---|
| $8,769.80 | $0.00 | $8,769.80 |

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Date debt was incurred     5/2014**

**UCC filed -14-0017787661**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Lease**

**Last 4 digits of account number     7   6   6   1**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $91,736.32 |
|---|

Debtor 1  **Steven Jeffrey Cyr**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.12 | | Describe the property that secures the claim: | $50,349.00 | $0.00 | $50,349.00 |
|---|---|---|---|---|---|

**TransWorld Leasing Corp.**
Creditor's name
**21403 IH 10 West**
Number    Street

**U-Arm Package**

_____

**San Antonio**      **TX**    **78257**
City               State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Lease**

**Date debt was incurred**   **7/2015**   Last 4 digits of account number    **8    4    9    9**

**UCC filed- 14-0004088499**

| 2.13 | | Describe the property that secures the claim: | $0.00 | $0.00 | |
|---|---|---|---|---|---|

**TransWorld Leasing Corp.**
Creditor's name
**21403 IH 10 West**
Number    Street

**See Schedule C**

_____

**San Antonio**      **TX**    **78257**
City               State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Lease**

**Date debt was incurred**   **5/2014**   Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $50,349.00 |
|---|

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

| $5,648,019.57 |
|---|

**Fill in this information to identify your case:**

Debtor 1     **Steven**          **Jeffrey**         **Cyr**
             First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐  No. Go to Part 2.
    ☑  Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | | | $55,700.00 | $55,700.00 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service** <br> Priority Creditor's Name <br> **P.O. Box 7346** <br> Number        Street <br><br> _____ <br><br> **Philadelphia**      **PA**   **19101-7346** <br> City              State   ZIP Code | **Last 4 digits of account number**   __ __ __ __ <br><br> **When was the debt incurred?**   2017 <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Debtor and non-filing spouse each filed individaul 2016 tax returns**

Debtor 1 __**Steven Jeffrey Cyr**_____  Case number (if known) _____

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑  Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

### 4.1

|  |  |  |
|---|---|---|
| **Albert Uresti, Bexar County Tax Appr.** | | **$2,614.18** |

Nonpriority Creditor's Name
**233 N. Pecos La Trinidad**
Number      Street

_____

**San Antonio**          **TX**    **78207**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**    **0**   **3**   **4**   **8**
**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
**2016 Property Taxes**

**Personal property taxes for Orthopaedic & Spine Institute, LLC**

### 4.2

|  |  |  |
|---|---|---|
| **Albert Uresti, Bexar County Tax Appr.** | | **$7,835.00** |

Nonpriority Creditor's Name
**233 N. Pecos La Trinidad**
Number      Street

_____

**San Antonio**          **TX**    **78207**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**    **2**   **9**   **7**   **1**
**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
**2017 Property Taxes**

**Personal property taxes for Orthopaedic & Spine Institute, LLC**

Debtor 1 **Steven Jeffrey Cyr**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | **$570.00** |

**Alt Bentley Yates & All American Benefit**
Nonpriority Creditor's Name
**PO Box 520**
Number      Street

_____

**Euless**                          **TX      76039**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

| 4.4 | | **$620.00** |

**Assess MD, LLC**
Nonpriority Creditor's Name
**5100 Eldorado Pkwy , Ste 102-208**
Number      Street

_____

**McKinney**                          **TX      75070**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1  **Steven Jeffrey Cyr** _____  Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.5 | | **$14,834.07** |
|---|---|---|

**Athena Health**
Nonpriority Creditor's Name
**PO Box 415615**
Number        Street

_____

**Boston**          **MA**    **02241-5615**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number**    **1**  **2**  **3**  **2**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

| 4.6 | | **$110,000.00** |
|---|---|---|

**Bergerud Heritage Trust**
Nonpriority Creditor's Name
**15 Esquire**
Number        Street

_____

**San Antonio**          **TX**    **78257**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number**    ___ ___ ___ ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal loan**

Debtor 1 __Steven Jeffrey Cyr_____   Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.7**

| | | $85,647.00 |
|---|---|---|

**Blue Star Radiology Services**
Nonpriority Creditor's Name
**One Cowboys Parkway**
Number      Street

_____

**Irving                TX      75063**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __0__ __1__ __1__ __5__

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.8**

| | | $50,611.00 |
|---|---|---|

**Caine & Weiner LLC**
Nonpriority Creditor's Name
**16200 Addison Rd**
Number      Street

_____

**Addison                TX      75001**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collection account**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr_____     Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9**

| | |
|---|---|
| **Crest** | **$1,461.38** |

Nonpriority Creditor's Name
**PO Box 7422689**
Number     Street

_____

_____

**Atlanta                GA      30374-2268**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number   2   6   6   3**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.10**

| | |
|---|---|
| **Dan H. Hanke, CPA, PC** | **$994.50** |

Nonpriority Creditor's Name
**2161 NW Military Hwy, Ste 103**
Number     Street

_____

_____

**San Antonio              TX      78213**
City                      State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number   1   6   6   0**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 **Steven Jeffrey Cyr**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| **4.11** | | **$1,354.54** |
|---|---|---|

**De Lage Landen Finanncial Services, Inc**
Nonpriority Creditor's Name
**PO Box 41602**
Number        Street

_____

_____

**Philadelphia**            **PA**      **19101**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **2017 property tax for leased equiptment**

| **4.12** | | **$1,354.54** |
|---|---|---|

**De Lage Landen Finanncial Services, Inc**
Nonpriority Creditor's Name
**PO Box 41602**
Number        Street

_____

_____

**Philadelphia**            **PA**      **19101**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Personal property taxes for Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number**   **7  8  6  8**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **2016 Property taxes**

Debtor 1 __Steven Jeffrey Cyr_____ Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.13 | | $4,063.62 |
|---|---|---|

**De Lage Landen Finanncial Services, Inc**
Nonpriority Creditor's Name
**PO Box 41602**
Number          Street

_____

| **Philadelphia** | **PA** | **19101** |
|---|---|---|

City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __7__ __8__ __6__ __8__
**When was the debt incurred?**   __2018 - 2020__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Future property taxea**

**Personal property taxes for Orthopaedic & Spine Institute, LLC**

| 4.14 | | $2,400.00 |
|---|---|---|

**Dicom Solutions, Inc**
Nonpriority Creditor's Name
**548 Wald**
Number          Street

_____

| **Irving** | **CA** | **62018** |
|---|---|---|

City          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1    **Steven Jeffrey Cyr**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.15 | | $3,923.21 |
|---|---|---|

**Epimed International, Inc**
Nonpriority Creditor's Name
**141 Sal Landrio Dr**
Number        Street

_____

**Johnstown**                **NY    12095**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

Last 4 digits of account number    **6    4    4    5**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

| 4.16 | | $2,627.32 |
|---|---|---|

**Euler Hermes Collections**
Nonpriority Creditor's Name
**800 Red Brook Blvd, Ste 400C**
Number        Street

_____

**Owings Mills**              **MD    21117**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

Last 4 digits of account number    **1    0    4    1**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for -Vascular Solutions**

Debtor 1 **Steven Jeffrey Cyr**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.17**

**$1,372.18**

**Execupay Holdings, LLC**
Nonpriority Creditor's Name
**2231 Center, St #109b**
Number        Street
_____

**Deer Park                    TX       77536**
City                                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.18**

**$10,450.00**

**Exscribe, Inc.**
Nonpriority Creditor's Name
**5 W. Fourth St**
Number        Street
_____

**Bethlehem                  PA       18015**
City                                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 1 1 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1   **Steven Jeffrey Cyr** _____    Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| **4.19** | | | **$500.00** |
|---|---|---|---|

**First Data Merchant Services**
Nonpriority Creditor's Name
**PO Box 407092**
Number       Street

_____

_____

**Ft Lauderdale**          **FL      33340**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number    9   0   0   0**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

| **4.20** | | | **$7,500.00** |
|---|---|---|---|

**Health Career Services, LLC**
Nonpriority Creditor's Name
**4925 Greenville Ave., Ste 200**
Number       Street

_____

_____

**Dallas**               **TX      75206**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number   ___   8   0   6**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Services**

Debtor 1    **Steven Jeffrey Cyr**  _____    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| **4.21** | | | | | $6,642.45 |

**Iron Mountain**
Nonpriority Creditor's Name
**3900 Distribution Blvd**
Number       Street
_____
_____

**Houston**             **TX     77018**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**    _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

| **4.22** | | | | | $242,362.05 |

**Johnny L. White, MD**
Nonpriority Creditor's Name
**2550 N Esplanada**
Number       Street
_____
_____

**Cuero**              **TX     77954**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0   4   9   4**

**When was the debt incurred?**    **2015**

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Alledged unpaid monies for service**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 **Steven Jeffrey Cyr**     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.23

**Judith A Gray, PLLC**
Nonpriority Creditor's Name
**300 Convent, St No. 1300**
Number  Street

**San Antonio  TX 78205**
City     State ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$475.00**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
 **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

### 4.24

**Key Equipment Finance**
Nonpriority Creditor's Name
**1000 S. McCaslin Blvd**
Number  Street

**Superior  CO 80027**
City     State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$412,397.24**

Last 4 digits of account number   **4  6  8  1**

**When was the debt incurred?**   **9/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
 **Judgment**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr_____  Case number (if known) _____

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.25 | | $3,255.54 |
|---|---|---|

**Laz Parking Texas**
Nonpriority Creditor's Name
**21 Spurs Lane, Ste 190**
Number       Street

**San Antonio           TX     78240**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

| 4.26 | | $973.00 |
|---|---|---|

**Max Tech**
Nonpriority Creditor's Name
**355 E. Campus View Blvd, Ste 230**
Number       Street

**Columbus           OH     43235**
City                     State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 **Steven Jeffrey Cyr**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.27**                                                                                             **$50,610.92**

**McKesson Medical Surgical**
Nonpriority Creditor's Name
**C/O Warren, Drugan & Barrows, PC**
Number      Street
**800 Broadway**
_____

**San Antonio          TX      78215**
City                             State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.28**                                                                                             **$1,133.37**

**OEC Medical Systems, Inc.**
Nonpriority Creditor's Name
**2984 Collections Center Dr.**
Number      Street
_____

**Chicago              IL      60693**
City                             State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **1  3  3  8**

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr__      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.29

**Physician Innovative Strategies**
Nonpriority Creditor's Name
**5710 LBJ Freeway, Ste 300**
Number    Street

**Total claim** $13,612.43

**Last 4 digits of account number**   0   0   2   0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75240** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

### 4.30

**Pitney Bowes**
Nonpriority Creditor's Name
**PO Box 371874**
Number    Street

**Total claim** $1,981.91

**Last 4 digits of account number**   7   4   6   7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Pittsburgh** | **PA** | **15250** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr_____    Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.31

| | |
|---|---|
| | $618.50 |

**Pitney Bowes**
Nonpriority Creditor's Name
**PO Box 3718796**
Number        Street

_____

_____

**Pittsburgh**              **PA**    **15250**
City                           State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Postage machine lease**

### 4.32

| | |
|---|---|
| | $14,855.81 |

**Presidio Networked Solutions Group, LLC**
Nonpriority Creditor's Name
**PO Box 677638**
Number        Street

**Dallas**                   **TX**    **75267**
City                           State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  1  6  9

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

| Debtor 1 | **Steven Jeffrey Cyr** | Case number (if known) |
|---|---|---|

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**

**$2,198.30**

**Quest Diagnostics**
Nonpriority Creditor's Name
**PO Box 841725**
Number      Street

**Dallas**                          **TX      75284**
City                                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6   4   0   5**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.34**

**$13,911.39**

**Ricoh USA, Inc.**
Nonpriority Creditor's Name
**70 valley Stream Pkwy**
Number      Street

**Malvern**                          **PA      19355**
City                                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1    **Steven Jeffrey Cyr**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

**4.35** | **$25,924.88**

**Schwartz & Stafford, PA**
Nonpriority Creditor's Name
**8625 Crown Crescent Ct. Ste 110**
Number      Street

_____

**Charlotte**          **NC**    **28227**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0   8   0   0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - YP**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.36** | **$1,000,000.00**

**SNH NS MTG Properties 2 Trust**
Nonpriority Creditor's Name
**C/O C.A. (Joe) Davis**
Number      Street
**111 Congress Ave., Ste 1400**

_____

**Austin**              **TX**    **78701**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number    **0   5   1   3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease**

**Pending lawsuit in 225th Judicial District Ct, Bexar County**

Debtor 1 __Steven Jeffrey Cyr_____ Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.37**

| | **$4,672.20** |

__Stericycle, Inc._____
Nonpriority Creditor's Name
**PO Box 6575**
Number        Street
_____
_____

__Carol Stream_____ **IL**____ **60197**____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __9__  __6__  __2__  __2__

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.38**

| | **$512.67** |

__Supreme Touch Interiors_____
Nonpriority Creditor's Name
**201 Broyles**
Number        Street
_____
_____

__Bulverde_____ **TX**____ **78163**____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __9__  __6__  __7__  __6__

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr_____     Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.39 | | **$1,125.15** |
|------|---|---------------|

**Texas Wired Music, Inc.**
Nonpriority Creditor's Name
**PO Box 1098**
Number       Street

_____

**San Antonio           TX     78249**
City                         State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number**   4   1   1   4

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Services**

| 4.40 | | **$2,810.10** |
|------|---|---------------|

**The Coding Network, LLC**
Nonpriority Creditor's Name
**PO Box 101794**
Number       Street

_____

**Pasadena           CA     91189**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**Last 4 digits of account number**   5   9   9   3

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Services**

Debtor 1   **Steven Jeffrey Cyr**           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.41**
                                                           **$724.28**

**TNT Nitrogen, LLC**
Nonpriority Creditor's Name
**PO Box 311**
Number     Street

**Hondo**               **TX**     **78861**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.42**
                                                           **$1,600.00**

**Trademark - DB Corp**
Nonpriority Creditor's Name
**10223 Broadway, Ste P, Pmb #336**
Number     Street

**Pearland**           **TX**     **77584**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Services**

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 **Steven Jeffrey Cyr**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.43**                                                                        **$1,095.82**

**Wells Fargo Vendor Financial Services**      Last 4 digits of account number   __7_ __9_ __8_ __7_
Nonpriority Creditor's Name
**PO Box 931093**                              **When was the debt incurred?**
Number      Street
_____              **As of the date you file, the claim is:** Check all that apply.
_____
                                              ☐ Contingent
**Atlanta**              **GA**   **31193**    ☐ Unliquidated
City                State  ZIP Code            ☐ Disputed
**Who incurred the debt?**  Check one.
                                              **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only
☐ Debtor 2 only                               ☐ Student loans
☐ Debtor 1 and Debtor 2 only                  ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another        that you did not report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
                                                 **Services**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

**4.44**                                                                        **$0.00**

**Wolters Kluwer**                             Last 4 digits of account number   __3_ __0_ __4_ __4_
Nonpriority Creditor's Name
**PO Box 1590**                                **When was the debt incurred?**
Number      Street
_____              **As of the date you file, the claim is:** Check all that apply.
_____
                                              ☐ Contingent
**Hagerstown**           **MD**   **21740**    ☐ Unliquidated
City                State  ZIP Code            ☐ Disputed
**Who incurred the debt?**  Check one.
                                              **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only
☐ Debtor 2 only                               ☐ Student loans
☐ Debtor 1 and Debtor 2 only                  ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another        that you did not report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify
                                                 **Services**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Business debt of Orthopaedic & Spine Institute, LLC**

Debtor 1 __Steven Jeffrey Cyr_____    Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

__A.R.M. Solutions, Inc._____
Name
__PO Box 3666_____
Number        Street

__Camarillo_____ __CA__ __93011_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.37__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

__Holmgren, Johnson, Mitchell, Madden, LP_____
Name
__Mitchell Madden_____
Number        Street
__13800 Montfort Dr., Ste 160_____

__Dallas_____ __TX__ __75240_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.22__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

__Husch Blackwell, LLP_____
Name
__C.A. (Joe) Davis_____
Number        Street
__111 Congress Ave., Ste 1400_____

__Austin_____ __TX__ __78701_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.36__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

__Kyle E Neill_____
Name
__Northwest Atrium_____
Number        Street
__11550 W IH 10, Ste 287_____

__San Antonio_____ __TX__ __78230_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.22__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

__Leslie M. Luttrell_____
Name
__Luttrell & Carmody Law Group_____
Number        Street
__400 N. Loop 1604 East, Ste 208_____

__San Antonio_____ __TX__ __78232_____
City                          State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.24__ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Debtor 1    **Steven Jeffrey Cyr**                                                    Case number (if known)

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Linebarger, Goggan, Blair & Sampson, LLP**
Name
**711 Navarro, Ste 300**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.2**__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**San Antonio**        **TX**    **78205**
City                State    ZIP Code

---

**Linebarger, Goggan, Blair & Sampson, LLP**
Name
**711 Navarro, Ste 300**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.1**__ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**San Antonio**        **TX**    **78205**
City                State    ZIP Code

---

**United States Attorney**
Name
**Taxpayer Division**
Number        Street
**601 N.W. Loop 410, Suite 600**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**San Antonio**        **TX**    **78216-5512**
City                State    ZIP Code

---

**United States Attorney General**
Name
**Department of Justice**
Number        Street
**950 Pennsylvania Avenue, N.W.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __  __ __  __ __  __ __

**Washington**        **DC**    **20530**
City                State    ZIP Code

---

Debtor 1  **Steven Jeffrey Cyr** _____  Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.**  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $55,700.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $55,700.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $2,114,225.55 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $2,114,225.55 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Steven** | **Jeffrey** | **Cyr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **2014 Highpoint, LP** <br> Name <br> **8401 Datapoint Dr.** <br> Number    Street <br><br> **San Antonio**       **TX**    **78229** <br> City          State    ZIP Code | **Lease on office space located at:** <br> **8401 Datapoint Dr.** <br> **San Antonio, TX 78229** <br> **Contract to be REJECTED** |
| 2.2 | **Firstmark Credit Union** <br> Name <br> **2023 Gold Canyon Dr** <br> Number    Street <br><br> **San Antonio**       **TX**    **78232** <br> City          State    ZIP Code | **2013 Bentley Continental GT** <br> **Debtor is signatory on auto lease assigned to** <br> **Bergerud Heritage Trust on June 24,2014.** <br> **Contract to be REJECTED** |
| 2.3 | **Firstmark Credit Union** <br> Name <br> **2023 Gold Canyon Dr** <br> Number    Street <br><br> **San Antonio**       **TX**    **78232** <br> City          State    ZIP Code | **2016 Mercedes Benz 2500 Sprinter** <br> **Debtor is signatory on auto lease assigned to** <br> **Bergerud Heritage Trust on September 1,2016.** <br> **Contract to be REJECTED** |
| 2.4 | **Firstmark Credit Union** <br> Name <br> **2023 Gold Canyon Dr** <br> Number    Street <br><br> **San Antonio**       **TX**    **78232** <br> City          State    ZIP Code | **2016 Cadillac Escalade ESV** <br> **Debtor is signatory on auto lease assigned to** <br> **Bergerud Heritage Trust on September 26,2016.** <br> **Contract to be REJECTED** |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.5**  **Firstmark Credit Union**
Name
**2023 Gold Canyon Dr**
Number    Street

**San Antonio**            **TX**    **78232**
City                       State    ZIP Code

**2013 Mercedes Benz  2500 Sprinter Van**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on October 1,2017.**
**Contract to be REJECTED**

**2.6**  **Gm Financial**
Name
**Po Box 1181145**
Number    Street

**Arlington**              **TX**    **76096**
City                       State    ZIP Code

**2015 Cadillac Escalade ESV**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 1,2016.**
**Contract to be REJECTED**

**2.7**  **Pitney Bowes**
Name
**PO Box 3718796**
Number    Street

**Pittsburgh**             **PA**    **15250**
City                       State    ZIP Code

**Postage machine lease**
**Contract to be REJECTED**

**2.8**  **TFC Equipment Lease**
Name
**11100 Wayzata Blvd**
Number    Street

**Minnetonka**             **MN**    **55305**
City                       State    ZIP Code

**Office copiers and printers**
**Contract to be REJECTED**

**2.9**  **TransWorld Leasing Corp.**
Name
**21403 IH 10 West**
Number    Street

**San Antonio**            **TX**    **78257**
City                       State    ZIP Code

**Lease on medical equiptment:**
**1 Viztek Compact Straight Arm Dr System**
**1 Standard Mocing Table**
**1 Additional Study Volum for Opal PACS**

**Contract to be REJECTED**

**2.10**  **TransWorld Leasing Corp.**
Name
**21403 IH 10 West**
Number    Street

**San Antonio**            **TX**    **78257**
City                       State    ZIP Code

**U-Arm Package**
**Contract to be REJECTED**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Jeffrey** | **Cyr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, or *Schedule G (Official Form 106G)*.  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  Your codebtor

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Bergerud Heritage Trust** |
   |---|---|
   | | Name |
   | | **15 Esquire** |
   | | Number        Street |
   | | |
   | | **San Antonio**          **TX**          **78257** |
   | | City                State    ZIP Code |

   ☒ Schedule D, line **2.2**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Broadway National Bank**

   | 3.2 | **Bergerud Heritage Trust** |
   |---|---|
   | | Name |
   | | **15 Esquire** |
   | | Number        Street |
   | | |
   | | **San Antonio**          **TX**          **78257** |
   | | City                State    ZIP Code |

   ☒ Schedule D, line **2.4**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **Compass Bank**

Debtor 1     __Steven Jeffrey Cyr_____     Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3**

**LeAnn Cyr**
Name
**15 Esquire**
Number      Street

**San Antonio**              **TX**         **78257**
City                        State       ZIP Code

- ☑ Schedule D, line    **2.4**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Compass Bank**

**3.4**

**Linda D'Spain**
Name
**Address unknown**
Number      Street

_____
City                        State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.22**
- ☐ Schedule G, line _____

**Johnny L. White, MD**

**3.5**

**Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number      Street
**San Antonio, TX**

_____
City                        State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.24**
- ☐ Schedule G, line _____

**Key Equipment Finance**

**3.6**

**Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number      Street
**San Antonio, TX**

_____
City                        State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.36**
- ☐ Schedule G, line _____

**SNH NS MTG Properties 2 Trust**

**3.7**

**Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number      Street
**San Antonio, TX**

_____
City                        State       ZIP Code

- ☑ Schedule D, line    **2.2**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Broadway National Bank**

**3.8**

**Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number      Street
**San Antonio, TX**

_____
City                        State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line    **4.22**
- ☐ Schedule G, line _____

**Johnny L. White, MD**

**3.9**

**Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number      Street
**San Antonio, TX**

_____
City                        State       ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☑ Schedule G, line    **2.1**

**2014 Highpoint, LP**

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

_Column 1:_ **Your codebtor**                    _Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.10**  **Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number       Street
**San Antonio, TX**

City                State       ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line    **2.9**
**TransWorld Leasing Corp.**

**3.11**  **Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number       Street
**San Antonio, TX**

City                State       ZIP Code

☑ Schedule D, line    **2.11**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**TransWorld Leasing Corp.**

**3.12**  **Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number       Street
**San Antonio, TX**

City                State       ZIP Code

☑ Schedule D, line    **2.12**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**TransWorld Leasing Corp.**

**3.13**  **Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number       Street
**San Antonio, TX**

City                State       ZIP Code

☑ Schedule D, line    **2.13**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**TransWorld Leasing Corp.**

**3.14**  **Orthopaedic & Spine Institute, LLC**
Name
**15 Esquire**
Number       Street
**San Antonio, TX**

City                State       ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line    **2.10**
**TransWorld Leasing Corp.**

**3.15**  **Spouse Name Not Entered**
Name

Number       Street

City                State       ZIP Code

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Albert Uresti, Bexar County Tax Appr.**

**3.16**  **Spouse Name Not Entered**
Name

Number       Street

City                State       ZIP Code

☑ Schedule D, line    **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Broadway National Bank**

| Debtor 1 | **Steven Jeffrey Cyr** | | Case number (if known) | |
| --- | --- | --- | --- | --- |

### Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |

Check all schedules that apply:

**3.17** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☑ Schedule D, line **2.3**
- ☐ Schedule E/F, line
- ☐ Schedule G, line
- **Compass Bank**

**3.18** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☑ Schedule D, line **2.4**
- ☐ Schedule E/F, line
- ☐ Schedule G, line
- **Compass Bank**

**3.19** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☑ Schedule D, line **2.8**
- ☐ Schedule E/F, line
- ☐ Schedule G, line
- **Firstmark Credit Union**

**3.20** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line **4.24**
- ☐ Schedule G, line
- **Key Equipment Finance**

**3.21** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line **5.5**
- ☐ Schedule G, line
- **Leslie M. Luttrell**

**3.22** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line **5.6**
- ☐ Schedule G, line
- **Linebarger, Goggan, Blair & Sampson, LLP**

**3.23** **Spouse Name Not Entered**
Name

Number      Street

City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line **4.36**
- ☐ Schedule G, line
- **SNH NS MTG Properties 2 Trust**

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

_Column 1:_ **Your codebtor**

_Column 2:_ **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.24 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number        Street |
| | |
| | City            State        ZIP Code |

☑ Schedule D, line __**2.11**__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**TransWorld Leasing Corp.**

| 3.25 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number        Street |
| | |
| | City            State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.8**__
☐ Schedule G, line _____
**United States Attorney**

| 3.26 | **Spouse Name Not Entered** |
|---|---|
| | Name |
| | Number        Street |
| | |
| | City            State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.9**__
☐ Schedule G, line _____
**United States Attorney General**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Steven** | **Jeffrey** | **Cyr** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Chief Medical Officer** | |
| **Employer's name** | **SA Spine** | |
| **Employer's address** | **8401 Datapoint Dr., Ste 700** | |
| | Number  Street | Number  Street |
| | | |
| | **San Antonio**　　**TX**　**78229** | |
| | City　　　　　State　Zip Code | City　　　　　State　Zip Code |
| **How long employed there?** | **October 2017 to preser** | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. **+** | **$0.00** | **$0.00** |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1    **Steven Jeffrey Cyr**            Case number (if known) _____

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here ............................................................................ ➔ | 4. | $0.00 | $0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a. Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| **5b. Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| **5c. Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| **5d. Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| **5e. Insurance** | 5e. | $0.00 | $0.00 |
| **5f. Domestic support obligations** | 5f. | $0.00 | $0.00 |
| **5g. Union dues** | 5g. | $0.00 | $0.00 |
| **5h. Other deductions.** Specify: | 5h. + | $0.00 | $0.00 |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $0.00    $0.00

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $0.00    $0.00

**8. List all other income regularly received:**

**8a. Net income from rental property and from operating a business, profession, or farm**    8a.    $0.00    $0.00

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8b. Interest and dividends** | 8b. | $0.00 | $0.00 |
| **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8d. Unemployment compensation** | 8d. | $0.00 | $0.00 |
| **8e. Social Security** | 8e. | $0.00 | $0.00 |

**8f. Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____    8f.    $0.00    $0.00

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8g. Pension or retirement income** | 8g. | $0.00 | $0.00 |
| **8h. Other monthly income.** Specify: | 8h. + | $0.00 | $0.00 |

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $0.00    $0.00

**10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $0.00 + $0.00 = $0.00

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: **Spouse's contribution to household**    11. + $37,150.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $37,150.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **Contract 1099 income from SA Spine may begin within current year.**

**Fill in this information to identify your case:**

Debtor 1     __Steven__      __Jeffrey__      __Cyr__
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   __WESTERN DISTRICT OF TEXAS__

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

     MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                   12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No

     ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Daughter__ | __16__ | ☐ No  ☑ Yes |
| __Son__ | __13__ | ☐ No  ☑ Yes |
| __Son__ | __8__ | ☐ No  ☑ Yes |
| __Daughter__ | __3__ | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | __$16,400.50__ |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | __$400.00__ |
| 4d. Homeowner's association or condominium dues | 4d. | __$220.00__ |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$900.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$500.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$350.00** |
| | 6d.   Other. Specify:   **Cell phones** | 6d. | **$350.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$2,300.00** |
| 8. | **Childcare and children's education costs**    (See continuation sheet(s) for details) | 8. | **$3,620.00** |
| 9. | **Clothing, laundry, and dry cleaning**    (See continuation sheet(s) for details) | 9. | **$620.00** |
| 10. | **Personal care products and services** | 10. | **$325.00** |
| 11. | **Medical and dental expenses**    (See continuation sheet(s) for details) | 11. | **$1,540.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$630.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | **$1,800.00** |
| | 15b.   Health insurance | 15b. | |
| | 15c.   Vehicle insurance | 15c. | |
| | 15d.   Other insurance. Specify:   **See continuation sheet** | 15d. | **$2,005.00** |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Est. 2017 tax liability** | 16. | **$1,500.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | |
| | 17b.   Car payments for Vehicle 2 | 17b. | |
| | 17c.   Other. Specify: _____ | 17c. | |
| | 17d.   Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify:   **Care of elderly father** | 19. | **$2,750.00** |

Debtor 1   **Steven Jeffrey Cyr** _____    Case number (if known) _____

**20.**  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.   Mortgages on other property                20a. _____

20b.   Real estate taxes                          20b. _____

20c.   Property, homeowner's, or renter's insurance      20c. _____

20d.   Maintenance, repair, and upkeep expenses       20d. _____

20e.   Homeowner's association or condominium dues    20e. _____

**21.**  **Other.**  Specify:  **See continuation sheet** _____ 21. **+** _____ **$575.00**

**22.**  **Calculate your monthly expenses.**

22a.   Add lines 4 through 21.                       22a. _____ **$37,085.50**

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

22c.   Add line 22a and 22b.  The result is your monthly expenses.    22c. _____ **$37,085.50**

**23.**  **Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a. _____ **$37,150.00**

23b.   Copy your monthly expenses from line 22c above.    23b. **−** _____ **$37,085.50**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c. _____ **$64.50**

**24.**  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.
☐  Yes.  Explain here:
        **None.**

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known)    _____

8.  <u>Childcare and children's education costs (details):</u>
  **Child care**                                                     **$2,600.00**
  **Dance lessons**                                                  **$220.00**
  **SAT prep and  tutoring**                                         **$500.00**
  **Basketball**                                                     **$100.00**
  **Swim lessons**                                                   **$200.00**

                                                     **Total:**    **$3,620.00**

9.  <u>Clothing, laundry, and dry cleaning (details):</u>
  **Clothing**                                                       **$500.00**
  **Laundry and dry cleaning**                                       **$120.00**

                                                     **Total:**    **$620.00**

11.  <u>Medical and dental (details):</u>
  **Prescripions**                                                   **$100.00**
  **Physical theraphy**                                              **$1,300.00**
  **Orthondontics**                                                  **$140.00**

                                                     **Total:**    **$1,540.00**

15d. <u>Other insurance (details):</u>
  **Pool maintance**                                                 **$700.00**
  **Yard**                                                           **$660.00**
  **Home cleaning**                                                  **$350.00**
  **Pest control**                                                   **$70.00**
  **Security alarm**                                                 **$50.00**
  **Trash**                                                          **$100.00**
  **Dog food and vet bills**                                         **$75.00**

                                                     **Total:**    **$2,005.00**

21.  <u>Other.  Specify:</u>
  **CPA**                                                            **$400.00**
  **Dominion Country Club - Social membership**                      **$175.00**

                                                     **Total:**    **$575.00**

**Fill in this information to identify your case:**

| Debtor 1 | **Steven** | **Jeffrey** | **Cyr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B....................................................    **$2,035,380.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B...........................................    **$498,944.04**

    1c.  Copy line 63, Total of all property on Schedule A/B....................................................    **$2,534,324.04**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....    **$5,648,019.57**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................    **$55,700.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+**    **$2,114,225.55**

**Your total liabilities**    **$7,817,945.12**

### Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I......................................................................    **$37,150.00**

5.   *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J.............................................................................    **$37,085.50**

Debtor 1 __Steven Jeffrey Cyr_____  Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)

_____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

_____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

_____

9d.  Student loans.  (Copy line 6f.)

_____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

_____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

**+** _____

9g.  **Total.**   Add lines 9a through 9f.

_____

**Fill in this information to identify your case:**

Debtor 1    <u>**Steven**</u>      <u>**Jeffrey**</u>      <u>**Cyr**</u>
            First Name            Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name            Middle Name           Last Name

United States Bankruptcy Court for the: <u>**WESTERN DISTRICT OF TEXAS**</u>

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Steven Jeffrey Cyr** _____     X _____
Steven Jeffrey Cyr, Debtor 1                Signature of Debtor 2

Date <u>**01/20/2018**</u>               Date _____
      MM / DD / YYYY                       MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Steven | Jeffrey | Cyr |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☒ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2017__)<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$101,409.89** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2016__)<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$280,672.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☒ Operating a business | | ☐ Operating a business | |

Debtor 1    **Steven Jeffrey Cyr**                                    Case number (if known) _____

5.    **Did you receive any other income during this year or the two previous calendar years?**
      Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
      unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
      and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under
      Debtor 1.

      List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ _____ | _____ _____ | _____ _____ | _____ _____ |
| **For the last calendar year:** (January 1 to December 31, **2017** ) YYYY | _____ _____ | _____ _____ | _____ _____ | _____ _____ |
| **For the calendar year before that:** (January 1 to December 31, **2016** ) YYYY | **Income from Corp. Sch E** **Bergerud Heritage Trust** _____ | **$153,523.00** **$0.00** _____ | _____ _____ | _____ _____ |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Compass Bank** | | **$49,201.50** | **$1,725,348.00** | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **15 20th St S Fl 9** | **October, November and December 2017** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **Birmingham        AL      35233** | | | | |
| City                          State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Internal Revenue Service** | | **$65,000.00** | **$55,700.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **P.O. Box 7346** | **10/15/2017** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☑ Other  **2016 1040** |
| **Philadelphia        PA      19101-7346** | | | | |
| City                          State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Dominion Country Club** | | **$2,000.00** | **$0.00** | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **One Dominion Dr** | **9/18/2017** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☑ Other  **Social dues for seve** |
| **San Antonio        TX      78257** | | | | |
| City                          State     ZIP Code | | | | |

Debtor 1 __Steven Jeffrey Cyr_____ Case number (if known) _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| __Amex__ | | __$2,500.00__ | | ☐ Mortgage |
| Creditor's name | __January 2018__ | | | ☐ Car |
| __Po Box 297871__ | | | | ☑ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| __Fort Lauderdale__      __FL__   __33329__ | | | | |
| City      State   ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| __Bank of America__ | | __$4,500.00__ | | __Business Card for Orthopaedic & Spine Institute, LLC__ |
| Insider's name | __10/15/2017__ | | | |
| Number      Street | | | | |
| | | | | |
| City      State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| __Key Equipment Finance__ | | __$12,000.00__ | __$412,397.24__ | __Agreed Judgement for Orthopaedic & Spine Institute, LLC__ |
| Insider's name | __9/30/2017__ | | | |
| __1000 S. McCaslin Blvd__ | | | | |
| Number      Street | | | | |
| | | | | |
| __Superior__      __CO__   __80027__ | | | | |
| City      State   ZIP Code | | | | |

Debtor 1  **Steven Jeffrey Cyr**                                                Case number (if known) _____

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SNH NS MTG Properties 2 Trust v. Orthopaedic & Spine Institute, LLC, OSI Medical Centers,LLC and Steven Cyr, M.D.**<br><br>Case number **2016CI00513** | **Suit on alleged broken lease**<br><br>**Trial January 2018** | **Bexar County 225th Judicial District Court**<br>Court Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| **Key Equiptment Finance v. Orthopaedic & Spine Institute, LLC and Steven Cyr, Individually**<br><br>Case number **2015-CI-14681** | **Suit on equiptment lease with Post Judgment Agreement** | **Bexar County 166th Judicial District Court**<br>Court Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| **Johnny L White, Jr. MD v. Orthopaedic & Spine Institute LLC Et Al**<br><br>Case number **2015CI20494** | **Suit for Breach of Contract for Services** | **Bexar County 438th Judicial District Court**<br>Court Name<br><br>Number    Street<br><br><br>City          State    ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

Debtor 1   **Steven Jeffrey Cyr** _____    Case number (if known) _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

  ☑ No
  ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

  ☑ No
  ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

  ☑ No
  ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

  ☑ No
  ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

  ☑ No
  ☐ Yes. Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

  ☐ No
  ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Ronald J. Johnson**<br>Person Who Was Paid<br>**Law Office of Ronald J. Johnson**<br>Number   Street<br>**111 Soledad, Ste 1350**<br><br>**San Antonio**    **TX**    **78205**<br>City      State    ZIP Code<br>**ronjohgnson@rjjohnsonlaw.com**<br>Email or website address<br>**Oracle Research & Consulting, LLC**<br>Person Who Made the Payment, If Not You | **Attorney fees for the represetation, preperation and filing of Debtor's Chapter 7 bankruptcy, including appearance at 341 meeting of creditors and subsequent representation of Debtor as more fully desribed in the attached schedule 2016 (b).** | **8/15/2017** | **$10,000.00** |

| Debtor 1 | **Steven Jeffrey Cyr** | Case number (if known) |
|---|---|---|

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Evergreen Financial Counseling** | **Credit Counseling Cert.** | | |
| Person Who Was Paid | | | |
| | | **12/27/2017** | **$25.00** |
| Number    Street | | | |
| | | | |
| City              State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **AMEX** | **Paid by Bergerud Heritage Trust in the ordinary course of business.** | | |
| Person Who Was Paid | | | |
| **Po Box 297871** | | **Dec 2017** | **$8,831.02** |
| Number    Street | | | |
| | | **Oct 2017** | **$14,388.62** |
| **Ft Lauderdale      FL    297871** | | | |
| City              State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☐ No
☒ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| **Bergerud Heritage Trust** | **8 Villers St Paul, San Antonio, TX 78257** | **10/10/2012** |
| | **Legal Description:** **NCB 16386 (THE CHATEAUX AT THE DOMINION PUD), BLOCK 29 LOT 48** | |
| | **BBVA Compass Bank is  mortgage lienholder secured by warranty deed to Bergerud Heritage Trust** | |

Debtor 1 __Steven Jeffrey Cyr__      Case number (if known) _____

| | | |
|---|---|---|
| **Name of trust**<br>**The Steven & LeAnn Cyr Living Trust** | Description and value of the property transferred<br>**52 Vineyards Dr.**<br>**San Antonio, TX 78257**<br><br>**Legal Description:**<br>**NCB 34753A BLK 22 LOT 15 VINEYARD EST@THE DOMINION U2 "IH 10 W/DOMINION" ANNEXATN**<br><br>**Sold property 3/18/2015** | Date transfer<br>was made<br><br>__10/05/2014__ |
| **Name of trust**<br>**The Steven & LeAnn Cyr Living Trust** | Description and value of the property transferred<br>**Legal Description:**<br>**NCB 16386 (THE CHATEAUX AT THE Debtor's homestead at:**<br>**15 Esquire**<br>**San Antonio, TX 78257**<br><br><br>**DOMINION PUD), BLOCK 29 LOT 39**<br><br>**(BBVA Compass)**<br><br>**Deeded to The Steven & LeAnn Cyr Living Trust** | Date transfer<br>was made<br><br>__10/05/2014__ |
| **Name of trust**<br>**Bergerud Heritage Trust** | Description and value of the property transferred<br>**2013 Bentley Continental GT**<br><br>**(Firstmark FCU)**<br><br>**Debtor has no equity interest - signatory on lease in which liability was assigned to Trust.**<br>**Surrendered to lienholder 1/18/2018**<br>**Surrendered January 18, 2018** | Date transfer<br>was made<br><br>__06/24/2014__ |
| **Name of trust**<br>**Bergerud Heritage Trust** | Description and value of the property transferred<br>**2016 Mercedes G550**<br><br>**(Firstmark FCU)**<br><br>**Debtor has no equity interest - signatory on lease in which liability was assigned to Trust** | Date transfer<br>was made<br><br>__09/01/2016__ |
| **Name of trust**<br>**Bergerud Heritage Trust** | Description and value of the property transferred<br>**2016 Cadillac Escalade ESV**<br><br>**(Firstmark FCU)**<br><br>**Debtor has no equity interest - signatory on lease in which liability was assigned to Trust** | Date transfer<br>was made<br><br>__09/26/2016__ |
| **Name of trust**<br>**Bergerud Heritage Trust** | Description and value of the property transferred<br>**2013 Mercedes Sprinter Van**<br><br>**(Firstmark FCU)**<br><br>**Debtor has no equity interest - signatory on lease in which liability was assigned to Trust** | Date transfer<br>was made<br><br>__10/01/2017__ |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| **Bergerud Heritage Trust** | **2015 Cadillac Escalade ESV** | **09/01/2016** |
| | **(Firstmark FCU)** | |
| | **Debtor has no equity interest - signatory on lease in which liability was assigned to Trust** | |

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **BBVA Compass Bank**<br>Name of Financial Institution<br>**Bergerud Heritage Trust Account**<br>Number    Street<br><br>_____<br>City            State    ZIP Code | XXXX- _0_ _2_ _7_ _9_ | ☐ Checking<br>☐ Savings<br>☒ Money market<br>☐ Brokerage<br>☒ Other  **Debtor removed as signer** | 1/18/2018 | |
| **BBVA Compass Bank**<br>Name of Financial Institution<br>**Steven & LeAnn Cyr Living Trust**<br>Number    Street<br><br>_____<br>City            State    ZIP Code | XXXX- _3_ _0_ _7_ _3_ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other  **Debtor removed as signer** | 1/18/2018 | |
| **BBVA Compass Bank**<br>Name of Financial Institution<br>**OsteoCorps Foundation**<br>Number    Street<br><br>_____<br>City            State    ZIP Code | XXXX- _6_ _9_ _9_ _8_ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other  **Debtor removed as signatory** | 1/18/2018 | |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America** <br> Name of Financial Institution <br> **SA Spine, LLC** <br> Number      Street <br> _____ <br> City          State    ZIP Code | XXXX- **8   0   0   3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other  **Debtor removed as signatory** | **1/19/2018** | |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ☑ No
   ☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ☑ No
   ☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ☐ No
   ☑ Yes. Fill in the details.

Debtor 1    **Steven Jeffrey Cyr**      Case number (if known) _____

| Where is the property? | Describe the property | Value |
|---|---|---|

**Ken & Maria Cyr**
Owner's Name

| | | |
|---|---|---|
| | **2 Field & Stream Pro 32 6 Gun Safes** | **$2,500.00** |

**14422 Chestnut Ridge Dr.**     **15 Esquire -Garage**
Number  Street                   Number  Street

**Left Safe:**
**Traditions Trapper 50 Caliber Black Powder Handgun-Replica**
**Replica Black Powder Handgun**
**Black Rifle Ruger BX-25 22 Caliber**
**Brown Rifle Ruger 22 Caliber**
**Brown Marlin 22 Caliber**
**Navy Arms 50 Caliber Black Powder Rifle**
**Browning 243 Caliber**
**Marlin 30 Caliber**
**Field Special 12 Gauge**
**Exel 410 Caliber**
**Rossi The Overland 410 Caliber**

**San Antonio**    **TX**          **San Antonio**    **TX**    **78257**
City           State  ZIP Code      City         State  ZIP Code

**Right Safe:**
**Ruger M77 MK Rifle**
**Anterlered Game Winchester Rifle Model 94 30 Caliber**
**Ruger Model 10/ 22**
**Winchester Model 94 AE 30 Caliber**
**Sears Singleshot 20 Gauge**
**Browning Shotgun Model 28 12 Gauge**
**Jennings 22 Caliber Handgun**

**150 rounds 22 Caliber shells**
**80 12 guage shotgun shells**

**All of the above are owned by Debtor's parents, Debtor's father is now residing in an adult care facility. Debtor's mother placed the above in Debtor's care when her husband began exhibiting early symptoms of dementia.**

Debtor 1    __Steven Jeffrey Cyr__      Case number (if known) _____

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**
   ☑ No
   ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

   ☑ No
   ☐ Yes.  Fill in the details.

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☑ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No.  None of the above applies.  Go to Part 12.
   ☑ Yes.  Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| __Orthopaedic & Spine Institute, LLC__<br>Business Name | **Medical practice- Orthopaedic** | |
| __8401 Datapoint Dr.__<br>Number    Street | | EIN: __2__ __0__ – __4__ __0__ __5__ __6__ __4__ __5__ __4__ |
| __Ste. 700__ | Name of accountant or bookkeeper<br>**Norbert Gonzales, Jr.** | Dates business existed |
| __San Antonio__    __TX__   __78229__<br>City      State   ZIP Code | | From __12/12/2005__  To  __Present__ |

Debtor 1 __Steven Jeffrey Cyr_____     Case number (if known) _____

**OSI Medical Management, LLC**
Business Name

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

**15 Esquire**
Number    Street

**Name of accountant or bookkeeper**

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From __02/13/2012__  To __Present__

**San Antonio**        **TX    78257**
City                State    ZIP Code

---

**Osteocorpus Non-Profit Foundation,**
Business Name

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

Number    Street

**Name of accountant or bookkeeper**

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From _____  To _____

City                State  ZIP Code

---

**Spine & Orthopaedic Institute, LLC**
Business Name

**Describe the nature of the business**
**Prior name of the entity now known as**
**Orthopaedic & Spine Institute, LLC**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**15 Esquire**
Number    Street

**Name of accountant or bookkeeper**

**Dates business existed**

From __12/12/2005__  To __04/5/2010__

**San Antonio**        **TX    78257**
City                State  ZIP Code

---

**Neurosteon Spine, LLC**
Business Name

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

**15 Esquire**
Number    Street

**Name of accountant or bookkeeper**

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From __05/05/2010__  To __12/2012__

**San Antonio**        **TX    78257**
City                State  ZIP Code

---

**Steven J. Cyr, M.D., P.A.**
Business Name

**Describe the nature of the business**
**Orthopaedic Medicine**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**15 Esquire**
Number    Street

**Name of accountant or bookkeeper**
**Norbert Gonzales, Jr.**

**Dates business existed**

From __11/04/2009__  To __Present__

**San Antonio**        **TX    78257**
City                State  ZIP Code

---

**OsteoCorps, LLC**
Business Name

**Describe the nature of the business**

**Employer Identification number**
Do not include Social Security number or ITIN.

**8401 Datapoint Dr**
Number    Street

**Name of accountant or bookkeeper**

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Suite 700**

**Dates business existed**

From __7/21/2015__  To __Present__

**San Antonio**        **TX    78257**
City                State  ZIP Code

Debtor 1    **Steven Jeffrey Cyr**                                Case number (if known) _____

| | | |
|---|---|---|
| **ASAP Ortho**<br>Business Name | **Describe the nature of the business**<br>Assumed name for Orthopaedic &<br>Spine Institute, LLC | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **15 Esquire**<br>Number     Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  __1/31/2014__  To  __Present__ |
| **San Antonio**     **TX**   **78257**<br>City           State   ZIP Code | | |

| | | |
|---|---|---|
| **Texas Spine & Orthopaedic Institute**<br>Business Name | **Describe the nature of the business**<br>Assumed name for Orthopaedic &<br>Spine Institute, LLC | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **15 Esquire**<br>Number     Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  __12/28/2005__  To  __12/28/2015__ |
| **San Antonio**     **TX**   **78257**<br>City           State   ZIP Code | | |

| | | |
|---|---|---|
| **Water's Edge at Sunrise Beach Villag**<br>Business Name | **Describe the nature of the business**<br>Home Owners Association | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **9310 Creeks Edge Cir**<br>Number     Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  __07/24/2001__  To  __Present__ |
| **Austin**     **TX**   **78733**<br>City           State   ZIP Code | | |

| | | |
|---|---|---|
| **Victory Medical Center Landmark, LP**<br>Business Name | **Describe the nature of the business**<br>A health care institution providing<br>patient treatment with specialized<br>staff & equipment 24/7.<br>The Bergerud Heritage Trust owned<br>6% interest with Debtor, as Trustee of<br>said trust. | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: 3  8 – 3  8  9  9  6  8  9 |
| **5330 N. Loop 1604 West**<br>Number     Street | | **Dates business existed** |
| | | From  __2/21/2013__  To  __8/2015__ |
| **San Antonio**     **TX**   **78249**<br>City           State   ZIP Code | **Name of accountant or bookkeeper** | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1     **Steven Jeffrey Cyr** _____     Case number (if known) _____

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Steven Jeffrey Cyr** _____     X _____
Steven Jeffrey Cyr, Debtor 1                              Signature of Debtor 2

Date    **01/20/2018** _____                          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                                                            *Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>Steven</u> | <u>Jeffrey</u> | <u>Cyr</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|
| Creditor's name: **Compass Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **Debtor's Homestead** | | |
| Creditor's name: **Firstmark Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt: **2013 Mercedes Benz  2500 Sprinter Van** | | |
| Creditor's name: **TFC Equipment Lease** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **Office copiers and printers** | | |

Debtor 1    **Steven Jeffrey Cyr** _____     Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name:   **TransWorld Leasing Corp.**

Description of property securing debt:   **1 Viztek Compact Straight Arm Dr System**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

Creditor's name:   **TransWorld Leasing Corp.**

Description of property securing debt:   **U-Arm Package**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

Creditor's name:   **TransWorld Leasing Corp.**

Description of property securing debt:   **See Schedule C**

☑ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
☐ Yes

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                     **Will this lease be assumed?**

Lessor's name:   **2014 Highpoint, LP**
Description of leased property:   **Lease on office space located at:**
**8401 Datapoint Dr.**
**San Antonio, TX 78229**

☑ No
☐ Yes

Lessor's name:   **Firstmark Credit Union**
Description of leased property:   **2013 Bentley Continental GT**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on June 24,2014.**

☑ No
☐ Yes

Lessor's name:   **Firstmark Credit Union**
Description of leased property:   **2016 Mercedes Benz 2500 Sprinter**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 1,2016.**

☑ No
☐ Yes

Lessor's name:   **Firstmark Credit Union**
Description of leased property:   **2016 Cadillac Escalade ESV**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 26,2016.**

☑ No
☐ Yes

Lessor's name:   **Firstmark Credit Union**
Description of leased property:   **2013 Mercedes Benz  2500 Sprinter Van**
**Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on October 1,2017.**

☑ No
☐ Yes

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

**Describe your unexpired personal property leases**                                    **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Gm Financial** | ☑ No |
| Description of leased property: | **2015 Cadillac Escalade ESV** | ☐ Yes |
| | **Debtor is signatory on auto lease assigned to Bergerud Heritage Trust on September 1,2016.** | |

| | | |
|---|---|---|
| Lessor's name: | **Pitney Bowes** | ☑ No |
| Description of leased property: | **Postage machine lease** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **TFC Equipment Lease** | ☑ No |
| Description of leased property: | **Office copiers and printers** | ☐ Yes |

| | | |
|---|---|---|
| Lessor's name: | **TransWorld Leasing Corp.** | ☑ No |
| Description of leased property: | **Lease on medical equiptment:** | ☐ Yes |
| | **1 Viztek Compact Straight Arm Dr System** | |
| | **1 Standard Mocing Table** | |
| | **1 Additional Study Volum for Opal PACS** | |

| | | |
|---|---|---|
| Lessor's name: | **TransWorld Leasing Corp.** | ☑ No |
| Description of leased property: | **U-Arm Package** | ☐ Yes |

---

**Part 3:**    **Sign Below**

---

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Steven Jeffrey Cyr** _____     X _____
Steven Jeffrey Cyr, Debtor 1                      Signature of Debtor 2

Date **01/20/2018** _____                         Date _____
MM / DD / YYYY                                     MM / DD / YYYY

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Steven Jeffrey Cyr**

Case No. _____

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................... **$10,000.00**

Prior to the filing of this statement I have received........................................................ **$10,000.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
   ☐ Debtor          ☑ Other (specify)
   **Oracle Research & Consulting, LLC**

3. The source of compensation to be paid to me is:
   ☐ Debtor          ☑ Other (specify)
   **Oracle Research & Consulting, LLC**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **Representation and services rendered on behalf of Debtor to Creditors six months prior to filing the petition. Preperation of Motions, Responses, Applications and appearances at reaffirmation and bankruptcy hearings on Debtor's behalf.**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td align="center">__01/20/2018__<br>Date</td><td>__/s/ Ronald J. Johnson__<br><i>Ronald J. Johnson</i>    Bar No.  10787500<br>The Law Office of Ronald J. Johnson<br>111 Soledad, Ste 1350<br>San Antonio, TX  78205<br>Phone: (210) 472-0500 / Fax: (210) 472-0515</td></tr>
</table>

__/s/ Steven Jeffrey Cyr__

*Steven Jeffrey Cyr*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Steven Jeffrey Cyr**

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/20/2018

Signature  **/s/ Steven Jeffrey Cyr**
**Steven Jeffrey Cyr**

Date

Signature

2014 Highpoint, LP
8401 Datapoint Dr.
San Antonio, TX 78229


A.R.M. Solutions, Inc.
PO Box 3666
Camarillo, CA  93011


Albert Uresti, Bexar County Tax Appr.
233 N. Pecos La Trinidad
San Antonio, TX 78207


Alt Bentley Yates & All American Benefit
PO Box 520
Euless, TX  76039


Assess MD, LLC
5100 Eldorado Pkwy , Ste 102-208
McKinney, TX 75070


Athena Health
PO Box 415615
Boston, MA    02241-5615


Bergerud Heritage Trust
15 Esquire
San Antonio, TX 78257


Blue Star Radiology Services
One Cowboys Parkway
Irving, TX 75063


Broadway National Bank
1177 Ne Loop 410
San Antonio, TX 78209

Caine & Weiner LLC
16200 Addison Rd
Addison, TX 75001


Compass Bank
15 20th St S Fl 9
Birmingham, AL 35233


Crest
PO Box 7422689
Atlanta, GA  30374-2268


Dan H. Hanke, CPA, PC
2161 NW Military Hwy, Ste 103
San Antonio, TX 78213


De Lage Landen Finanncial Services, Inc
PO Box 41602
Philadelphia, PA  19101


Dicom Solutions, Inc
548 Wald
Irving, CA 62018


Epimed International, Inc
141 Sal Landrio Dr
Johnstown, NY 12095


Euler Hermes Collections
800 Red Brook Blvd, Ste 400C
Owings Mills, MD 21117


Execupay Holdings, LLC
2231 Center, St #109b
Deer Park, TX 77536

Exscribe, Inc.
5 W. Fourth St
Bethlehem, PA  18015


First Data Merchant Services
PO Box 407092
Ft Lauderdale, FL  33340


Firstmark Credit Union
2023 Gold Canyon Dr
San Antonio, TX 78232


Gm Financial
Po Box 1181145
Arlington, TX 76096


Health Career Services, LLC
4925 Greenville Ave., Ste 200
Dallas, TX 75206


Holmgren, Johnson, Mitchell, Madden, LP
Mitchell Madden
13800 Montfort Dr., Ste 160
Dallas, TX  75240


Husch Blackwell, LLP
C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701


Internal Revenue Service
P.O. Box 7346
Philadelphia PA  19101-7346


Iron Mountain
3900 Distribution Blvd
Houston, TX  77018

Johnny L. White, MD
2550 N Esplanada
Cuero, TX 77954


Judith A Gray, PLLC
300 Convent, St No. 1300
San Antonio, TX 78205


Key Equipment Finance
1000 S. McCaslin Blvd
Superior, CO  80027


Kyle E Neill
Northwest Atrium
11550 W IH 10, Ste 287
San Antonio, TX 78230


Laz Parking Texas
21 Spurs Lane, Ste 190
San Antonio, TX  78240


LeAnn Cyr
15 Esquire
San Antonio, TX 78257


Leslie M. Luttrell
Luttrell & Carmody Law Group
400 N. Loop 1604 East, Ste 208
San Antonio, TX  78232


Linda D'Spain
Address unknown


Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro, Ste 300
San Antonio, TX  78205

Max Tech
355 E. Campus View Blvd, Ste 230
Columbus, OH 43235


McKesson Medical Surgical
C/O Warren, Drugan & Barrows, PC
800 Broadway
San Antonio, TX 78215


OEC Medical Systems, Inc.
2984 Collections Center Dr.
Chicago, IL 60693


Orthopaedic & Spine Institute, LLC
15 Esquire
San Antonio, TX


Physician Innovative Strategies
5710 LBJ Freeway, Ste 300
Dallas, TX 75240


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250


Pitney Bowes
PO Box 3718796
Pittsburgh, PA 15250


Presidio Networked Solutions Group, LLC
 PO Box 677638
Dallas, Tx 75267


Quest Diagnostics
PO Box 841725
Dallas, TX 75284

Ricoh USA, Inc.
70 valley Stream Pkwy
Malvern, PA  19355


Schwartz & Stafford, PA
8625 Crown Crescent Ct. Ste 110
Charlotte, NC  28227


SNH NS MTG Properties 2 Trust
C/O C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701


Stericycle, Inc.
PO Box 6575
Carol Stream, IL 60197


Supreme Touch Interiors
201 Broyles
Bulverde, TX  78163


Texas Wired Music, Inc.
PO Box 1098
San Antonio, TX 78249


TFC Equipment Lease
11100 Wayzata Blvd
Minnetonka, MN  55305


The Coding Network, LLC
PO Box 101794
Pasadena, CA  91189


TNT Nitrogen, LLC
PO Box 311
Hondo, TX 78861

```
Trademark - DB Corp
10223 Broadway, Ste P, Pmb #336
Pearland, TX 77584



TransWorld Leasing Corp.
21403 IH 10 West
San Antonio, TX 78257



United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX  78216-5512


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  20530


Wells Fargo Vendor Financial Services
PO Box 931093
Atlanta, GA 31193



Wolters Kluwer
PO Box 1590
Hagerstown, MD 21740
```

Debtor(s): Steven Jeffrey Cyr     Case No:
Chapter: 7     WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2014 Highpoint, LP
8401 Datapoint Dr.
San Antonio, TX 78229

Compass Bank
15 20th St S Fl 9
Birmingham, AL 35233

Firstmark Credit Union
2023 Gold Canyon Dr
San Antonio, TX 78232

A.R.M. Solutions, Inc.
PO Box 3666
Camarillo, CA  93011

Crest
PO Box 7422689
Atlanta, GA  30374-2268

Gm Financial
Po Box 1181145
Arlington, TX 76096

Albert Uresti, Bexar County Tax
233 N. Pecos La Trinidad
San Antonio, TX 78207

Dan H. Hanke, CPA, PC
2161 NW Military Hwy, Ste 103
San Antonio, TX 78213

Health Career Services, LLC
4925 Greenville Ave., Ste 200
Dallas, TX 75206

Alt Bentley Yates & All America
PO Box 520
Euless, TX  76039

De Lage Landen Finanncial Servi
PO Box 41602
Philadelphia, PA  19101

Holmgren, Johnson, Mitchell, Ma
Mitchell Madden
13800 Montfort Dr., Ste 160
Dallas, TX  75240

Assess MD, LLC
5100 Eldorado Pkwy , Ste 102-20
McKinney, TX 75070

Dicom Solutions, Inc
548 Wald
Irving, CA 62018

Husch Blackwell, LLP
C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701

Athena Health
PO Box 415615
Boston, MA  02241-5615

Epimed International, Inc
141 Sal Landrio Dr
Johnstown, NY 12095

Internal Revenue Service
P.O. Box 7346
Philadelphia PA  19101-7346

Bergerud Heritage Trust
15 Esquire
San Antonio, TX 78257

Euler Hermes Collections
800 Red Brook Blvd, Ste 400C
Owings Mills, MD 21117

Iron Mountain
3900 Distribution Blvd
Houston, TX  77018

Blue Star Radiology Services
One Cowboys Parkway
Irving, TX 75063

Execupay Holdings, LLC
2231 Center, St #109b
Deer Park, TX 77536

Johnny L. White, MD
2550 N Esplanada
Cuero, TX 77954

Broadway National Bank
1177 Ne Loop 410
San Antonio, TX 78209

Exscribe, Inc.
5 W. Fourth St
Bethlehem, PA  18015

Judith A Gray, PLLC
300 Convent, St No. 1300
San Antonio, TX 78205

Caine & Weiner LLC
16200 Addison Rd
Addison, TX 75001

First Data Merchant Services
PO Box 407092
Ft Lauderdale, FL  33340

Key Equipment Finance
1000 S. McCaslin Blvd
Superior, CO  80027

Debtor(s): Steven Jeffrey Cyr

Case No:
Chapter: 7

WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Kyle E Neill
Northwest Atrium
11550 W IH 10, Ste 287
San Antonio, TX 78230

Physician Innovative Strategies
5710 LBJ Freeway, Ste 300
Dallas, TX 75240

Texas Wired Music, Inc.
PO Box 1098
San Antonio, TX 78249

Laz Parking Texas
21 Spurs Lane, Ste 190
San Antonio, TX 78240

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

TFC Equipment Lease
11100 Wayzata Blvd
Minnetonka, MN 55305

LeAnn Cyr
15 Esquire
San Antonio, TX 78257

Pitney Bowes
PO Box 3718796
Pittsburgh, PA 15250

The Coding Network, LLC
PO Box 101794
Pasadena, CA 91189

Leslie M. Luttrell
Luttrell & Carmody Law Group
400 N. Loop 1604 East, Ste 208
San Antonio, TX 78232

Presidio Networked Solutions Gr
PO Box 677638
Dallas, Tx 75267

TNT Nitrogen, LLC
PO Box 311
Hondo, TX 78861

Linda D'Spain
Address unknown

Quest Diagnostics
PO Box 841725
Dallas, TX 75284

Trademark - DB Corp
10223 Broadway, Ste P, Pmb #336
Pearland, TX 77584

Linebarger, Goggan, Blair & Samp
711 Navarro, Ste 300
San Antonio, TX 78205

Ricoh USA, Inc.
70 valley Stream Pkwy
Malvern, PA 19355

TransWorld Leasing Corp.
21403 IH 10 West
San Antonio, TX 78257

Max Tech
355 E. Campus View Blvd, Ste 23
Columbus, OH 43235

Schwartz & Stafford, PA
8625 Crown Crescent Ct. Ste 110
Charlotte, NC 28227

United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

McKesson Medical Surgical
C/O Warren, Drugan & Barrows, P
800 Broadway
San Antonio, TX 78215

SNH NS MTG Properties 2 Trust
C/O C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530

OEC Medical Systems, Inc.
2984 Collections Center Dr.
Chicago, IL 60693

Stericycle, Inc.
PO Box 6575
Carol Stream, IL 60197

Wells Fargo Vendor Financial Se
PO Box 931093
Atlanta, GA 31193

Orthopaedic & Spine Institute,
15 Esquire
San Antonio, TX

Supreme Touch Interiors
201 Broyles
Bulverde, TX 78163

Wolters Kluwer
PO Box 1590
Hagerstown, MD 21740

2014 Highpoint, LP
8401 Datapoint Dr.
San Antonio, TX 78229

Compass Bank
15 20th St S Fl 9
Birmingham, AL 35233

Firstmark Credit Union
2023 Gold Canyon Dr
San Antonio, TX 78232

A.R.M. Solutions, Inc.
PO Box 3666
Camarillo, CA 93011

Crest
PO Box 7422689
Atlanta, GA 30374-2268

Gm Financial
Po Box 1181145
Arlington, TX 76096

Albert Uresti, Bexar County
Tax Appr.
233 N. Pecos La Trinidad
San Antonio, TX 78207

Dan H. Hanke, CPA, PC
2161 NW Military Hwy, Ste 103
San Antonio, TX 78213

Health Career Services, LLC
4925 Greenville Ave., Ste 200
Dallas, TX 75206

Alt Bentley Yates & All
American Benefit
PO Box 520
Euless, TX 76039

De Lage Landen Finanncial
Services, Inc
PO Box 41602
Philadelphia, PA 19101

Holmgren, Johnson, Mitchell,
Madden, LP
Mitchell Madden
13800 Montfort Dr., Ste 160
Dallas, TX 75240

Assess MD, LLC
5100 Eldorado Pkwy , Ste 102-208
McKinney, TX 75070

Dicom Solutions, Inc
548 Wald
Irving, CA 62018

Husch Blackwell, LLP
C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701

Athena Health
PO Box 415615
Boston, MA 02241-5615

Epimed International, Inc
141 Sal Landrio Dr
Johnstown, NY 12095

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Bergerud Heritage Trust
15 Esquire
San Antonio, TX 78257

Euler Hermes Collections
800 Red Brook Blvd, Ste 400C
Owings Mills, MD 21117

Iron Mountain
3900 Distribution Blvd
Houston, TX 77018

Blue Star Radiology Services
One Cowboys Parkway
Irving, TX 75063

Execupay Holdings, LLC
2231 Center, St #109b
Deer Park, TX 77536

Johnny L. White, MD
2550 N Esplanada
Cuero, TX 77954

Broadway National Bank
1177 Ne Loop 410
San Antonio, TX 78209

Exscribe, Inc.
5 W. Fourth St
Bethlehem, PA 18015

Judith A Gray, PLLC
300 Convent, St No. 1300
San Antonio, TX 78205

Caine & Weiner LLC
16200 Addison Rd
Addison, TX 75001

First Data Merchant Services
PO Box 407092
Ft Lauderdale, FL 33340

Key Equipment Finance
1000 S. McCaslin Blvd
Superior, CO 80027

Kyle E Neill
Northwest Atrium
11550 W IH 10, Ste 287
San Antonio, TX 78230

Physician Innovative
Strategies
5710 LBJ Freeway, Ste 300
Dallas, TX 75240

Texas Wired Music, Inc.
PO Box 1098
San Antonio, TX 78249

Laz Parking Texas
21 Spurs Lane, Ste 190
San Antonio, TX 78240

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

TFC Equipment Lease
11100 Wayzata Blvd
Minnetonka, MN 55305

LeAnn Cyr
15 Esquire
San Antonio, TX 78257

Pitney Bowes
PO Box 3718796
Pittsburgh, PA 15250

The Coding Network, LLC
PO Box 101794
Pasadena, CA 91189

Leslie M. Luttrell
Luttrell & Carmody Law Group
400 N. Loop 1604 East, Ste 208
San Antonio, TX 78232

Presidio Networked Solutions
Group, LLC
 PO Box 677638
Dallas, Tx 75267

TNT Nitrogen, LLC
PO Box 311
Hondo, TX 78861

Linda D'Spain
Address unknown

Quest Diagnostics
PO Box 841725
Dallas, TX 75284

Trademark - DB Corp
10223 Broadway, Ste P, Pmb #
336
Pearland, TX 77584

Linebarger, Goggan, Blair &
Sampson, LLP
711 Navarro, Ste 300
San Antonio, TX 78205

Ricoh USA, Inc.
70 valley Stream Pkwy
Malvern, PA 19355

TransWorld Leasing Corp.
21403 IH 10 West
San Antonio, TX 78257

Max Tech
355 E. Campus View Blvd, Ste
230
Columbus, OH 43235

Schwartz & Stafford, PA
8625 Crown Crescent Ct. Ste
110
Charlotte, NC 28227

United States Attorney
Taxpayer Division
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

McKesson Medical Surgical
C/O Warren, Drugan & Barrows,
PC
800 Broadway
San Antonio, TX 78215

SNH NS MTG Properties 2 Trust
C/O C.A. (Joe) Davis
111 Congress Ave., Ste 1400
Austin, TX 78701

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530

OEC Medical Systems, Inc.
2984 Collections Center Dr.
Chicago, IL 60693

Stericycle, Inc.
PO Box 6575
Carol Stream, IL 60197

Wells Fargo Vendor Financial
Services
PO Box 931093
Atlanta, GA 31193

Orthopaedic & Spine Institute,
LLC
15 Esquire
San Antonio, TX

Supreme Touch Interiors
201 Broyles
Bulverde, TX 78163

Wolters Kluwer
PO Box 1590
Hagerstown, MD 21740

```
┌─────────────────────────────────────────────────────────────┐
│ Fill in this information to identify your case:             │
│                                                             │
│ Debtor 1    Steven        Jeffrey        Cyr                │
│             First Name    Middle Name    Last Name          │
│                                                             │
│ Debtor 2                                                    │
│ (Spouse, if filing)  First Name   Middle Name   Last Name   │
│                                                             │
│ United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS │
│                                                             │
│ Case number                                                 │
│ (if known)                                                  │
└─────────────────────────────────────────────────────────────┘
```

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?**  Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

    ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.  Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Steven**     **Jeffrey**     **Cyr**
            First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)
</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing
</td></tr>
</table>

**Official Form 122A-1**

# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | |
| Net monthly income from a business, profession, or farm | _____ | _____ | **Copy here** → _____ | _____ |

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ | | |
| Ordinary and necessary operating expenses | − _____ | − _____ | | |
| Net monthly income from rental or other real property | _____ | _____ | **Copy here** → _____ | _____ |

**7. Interest, dividends, and royalties**      _____   _____

**8. Unemployment compensation**      _____   _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you............................................................ _____

For your spouse................................................ _____

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.      _____   _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.      + _____   + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[  _____  ] + [  _____  ] = [  _____  ]

**Total current monthly income**

Debtor 1    **Steven Jeffrey Cyr** _____    Case number (if known) _____

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12.**   **Calculate your current monthly income for the year.** Follow these steps:

   12a.   Copy your total current monthly income from line 11......................................**Copy line 11 here** ➜ 12a. [_____]

          Multiply by 12 (the number of months in a year).                        **X    12**

   12b.   The result is your annual income for this part of the form.               12b. [_____]

**13.**   **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.                  [_____]

   Fill in the number of people in your household.      [_____]

   Fill in the median family income for your state and size of household.............................................................. 13. [_____]

   To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.**   **How do the lines compare?**

   14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, _There is no presumption of abuse._ Go to Part 3.

   14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, _The presumption of abuse is determined by Form 122A-2._ Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ **Steven Jeffrey Cyr** _____      **X** _____
     Steven Jeffrey Cyr, Debtor 1                               Signature of Debtor 2

     Date   **1/20/2018** _____          Date _____
           MM / DD / YYYY                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.