# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **STEVEN JEFFREY CYR** | § | **CASE NO. 18-50102-cag** |
| | § | |
| *dba ASAP Ortho* | § | |
| *dba Steven J. Cyr, M.D., P.A.* | § | |
| *dba Orthopaedic & Spine Institute, LLC* | § | **CHAPTER 7** |
| *fdba* Spine & Orthopaedic Institute, LLC | § | |
| *dba* OSI Medical Management, LLC | § | **Hearing to consider Emergency** |
| *fdba* Lone Star Lien Solutions, LLC | § | **Motion of Key Equipment Finance** |
| *dba* Osteocorpus Non-Profit Foundation, LLC | § | **to Enforce, Compel and for** |
| *dba* OsteoCorps, LLC | § | **Sanctions Against Lee Ann Cyr,** |
| *dba* Water's Edge at Sunrise Beach Village HOA | § | **Trustee of the Bergerud Heritage** |
| *fdba* Texas Spine & Orthopaedic Institute | § | **Trust and Steven J. Cyr, Debtor** |
| *fdba* Neurosteon Spine, LLC | § | **[Docket No. 131]** |
| *aka* Steve Cyr | § | |
| *fdba* Trident Toxicology, LLC | § | **September 28, 2018 @ 9:00 a.m.** |
| *fdba* US Toxicology, LLC | § | |
| | § | |
| **Debtor.** | § | |
| | § | |

## WITNESSES AND EXHIBIT LIST OF KEY EQUIPMENT FINANCE, A DIVISION OF KEY BANK, NATIONAL ASSOCIATION

1.  Steven J. Cyr – Debtor

2.  LeAnn Cyr – Trustee, BHT

3.  Any witness called by the Debtor, SNH NS MTG Properties 2 Trust, the Chapter 7 Trustee, and any other party in interest that may appear and seek to be heard at the hearing.

_____

Case No. 18-50102-cag
Witness & Exhibit List – Key Equipment Finance, a Division of
Key Bank, National Association.                                    Page 1 of 6

**EXHIBITS FOR SEPTEMBER 28, 2018 HEARING ON EMERGENCY MOTION OF KEY TO ENFORCE, COMPEL AND FOR SANCTIONS AGAINST LEE ANN CYR, TRUSTEE OF THE BERGERUD HERITAGE TRUST AND STEVEN J. CYR, DEBTOR**

| Exhibit # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| **KEY 1** | *Agreed Order Regarding (1) Extension of Deadlines Regarding Objections to and Hearing on Debtor's Claims of Exemption [ECF 86], (2) Deadline of Key Equipment Finance, A Division of KeyBank National Association, Jose Rodriguez, Trustee, and SNH NS MTG Properties 2 Trust to File Objections to Discharge Under 11 U.S.C. §727 and Objections to Dischargeability Under 11 U.S.C. §523 [ECF 90], (3) Motions of Key Equipment Finance, a Division of KeyBank National Association to Compel [ECF 95 And 101], and (4) Second Motion of the Bergerud Heritage Trust For Protection [ECF 98]* filed as ECF 124 | | | | |
| **KEY 2** | Email from S. Pitts to Roy Rector transmitting Key's Search Terms dated July 27, 2018 at 1:11 pm with transmittal letter and Key's Search Terms attached | | | | |
| **KEY 3** | Email from L. Luttrell to R. Johnson and P. Stanton dated July 27, 2018 at 11:47 am re contact for R3 | | | | |

| Exhibit # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| **KEY 4** | Email from L. Luttrell to P. Stanton dated July 31, 2018 re Objections to Privilege Sorts at 5:15 pm | | | | |
| **KEY 5** | Email from L. Luttrell to J. Watts, M. Heard, T. Ribelin, and P. Autry dated July 31, 2018 at 5:16 pm re call to R3 | | | | |
| **KEY 6** | Email from L. Luttrell to P. Stanton dated July 31, 2018 at 5:18 pm re challenges to search terms | | | | |
| **KEY 7** | Email from L. Luttrell to P. Stanton dated August 1, 2018 at 11:15 a.m. re challenges to search terms | | | | |
| **KEY 8** | Email from L. Luttrell to P. Stanton dated August 8, 2018 at 4:58 p.m. re HIPAA Terms | | | | |
| **KEY 9** | Email from L. Luttrell to P. Stanton dated August 10, 2018 at 4:45 pm | | | | |
| **KEY 10** | Email from L. Luttrell to P. Stanton dated August 30, 2018 at 12:59 pm re Search Terms | | | | |
| **KEY 11** | Email from L. Luttrell to R. Rector with R3 dated September 19, 2018 re status | | | | |
| **KEY 12** | Email from L. Luttrell to R. Wittliff with R3 dated September 20, 2018 at 10:54 am re non-payment | | | | |
| **KEY 13** | Axiomfoto Documents | | | | |

| Exhibit # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| **KEY 14** | Paul Wall booking information from Richard De La Font Agency, Inc. | | | | |
| **KEY 15** | Email from R. Wittliff with R3 to L. Luttrell dated September 24, 2018 re payment of outstanding invoices | | | | |
| **KEY 16** | Any demonstrative exhibits as may be used in connection with the Hearing | | | | |
| **KEY 17** | Any other pleading or exhibit previously filed with the Court | | | | |
| **KEY 18** | All exhibits admitted through Debtor and any other party and rebuttal exhibits. | | | | |

**Key Equipment Finance reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.**

Respectfully submitted,

LUTTRELL + CARMODY LAW GROUP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel.    210.426.3600
Fax    210.426.3610

By: /s/ Leslie M. Luttrell
      Leslie M. Luttrell
      State Bar No. 12708650
      Mary Elizabeth Heard
      State Bar No. 24096727

**Attorneys for Key Equipment Finance, a Division of Key Bank, National Association**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the following, either by ECF electronic service or by Regular U.S. Mail on the 26th day of September, 2018.

***Debtor***
Steven Jeffrey Cyr
15 Esquire
San Antonio , TX 78257

***Debtor's Counsel***
Ronald J. Johnson
111 Soledad, Suite 1 350
San Antonio, TX 78205
and via Email at
ronjohnson@rjjohnsonlaw.com

***Trustee***
Jose C Rodriguez
342 W Woodlawn, Suite 103
San Antonio, TX 78212 and via Email:
jrodlaw@sbcglobal.net,
lettyreyna@sbcglobal.net;
jrodriguez@ecf.epiqsystems.com

***Trustee's Counsel***
Patrick H. Autry
BRANSCOMB PC
711 Navarro, Suite 500
San Antonio, TX 78205
and via Email: autry@branscombpc.com

***Parties Filing Notice of Appearance***

Bexar County c/o Don Stecker
Linebarger Goggan Blair
711 Navarro Street, Ste 300
San Antonio, TX 78205 and via Email:
don.stecker@lgbs.com

Broadway National Bank
c/o James A. Hoffman
Clemens & Spencer
112 East Pecan Street, Suite 1300
San Antonio, Texas 78205 and via Email:
hoffmanj@clemens-spencer.com

Firstmark Credit Union
c/o Syl Mauro
12451 Starcrest Drive
San Antonio, TX 78216 and via Email:
samlaw@satx.rr.com
dcox77@satx.rr.com

SNH NS MTG Properties 2 Trust
c/o Jameson J. Watts and
Timothy P. Ribelin
Husch Blackwell LLP
111 Congress Ave., Ste. 1400
Austin, Texas 78701 and via Email:
Jameson.Watts@huschblackwell.com
Tim.Ribelin@huschblackwell.com

Leanne Mary Cyr, Trustee Bergerund
Trust c/o Peter J. Stanton
Law Offices of Peter J. Stanton
111 Soledad, Suite 1350
San Antonio, Texas 78205
and via Email: peter@pstantonlaw.com

/s/Leslie M. Luttrell
Leslie M. Luttrell